# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Reed, | No. CV-25-04243-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Freeport-McMoran Incorporated, et al., | |
| Defendants. | |

Before the Court is the parties' Stipulation Regarding Service and Time to Answer or Otherwise Respond.  (Doc. 16).

**IT IS ORDERED** granting the parties' Stipulation Regarding Service and Time to Answer or Otherwise Respond  (Doc. 16), as follows:

1.    Defendants shall have no obligation to answer or otherwise respond to any complaint in this or any subsequently-related action until after the Court appoints a lead plaintiff and lead counsel.

2.    Within fourteen (14) days after the entry of an order by the Court appointing a lead plaintiff and lead counsel, counsel for Defendants will meet and confer with the court-appointed lead plaintiff's counsel and submit for the Court's approval a proposed schedule for the filing of any consolidated or amended complaint or designation of the initial complaint as the operative complaint, Defendants' response(s) to the same, and all briefing or other submissions associated with any motion(s) to dismiss the operative complaint.

3.  Defendants each expressly reserve all rights, arguments, defenses, or other objections (other than insufficient process or insufficient service of process).

4.  Nothing in this Stipulation shall prejudice the right of any party to seek further extensions on the consent of the other parties or from the Court.

5.  The parties shall file a Joint Status Report within 60 days of the date of this Order.

Dated this 8th day of December, 2025.

_____
G. Murray Snow
Senior United States District Judge

- 2 -