**ZWILLINGER WULKAN, PLC**
Scott Zwillinger (019645)
2020 North Central Avenue, Suite 675
Phoenix, AZ 85004
Tele: (602) 962-5778
Facsimile: (602) 962-5778
Email: scott.zwillinger@zwfirm.com

*Liaison Counsel for Movant Terence L. Moore,*
*on behalf of the Terence L. Moore Trust*

**LEVI & KORSINSKY, LLP**
Adam M. Apton
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Counsel for Movant Terence L. Moore,*
*on behalf of the Terence L. Moore Trust*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Richard Reed**, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Freeport-McMoran Inc.; Kathleen L. Quirk; Richard C. Adkerson;** and **Maree E. Robertson,**<br>Defendants. | No. 2:25-cv-04243-GMS<br><br>**CONSENT OF TERENCE L. MOORE, ON BEHALF OF THE TERENCE L. MOORE TRUST IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

1

I, Terence L. Moore, on behalf of the Terence L. Moore Trust, hereby consent to the withdrawal of Scott H. Zwillinger of the law firm of Zwillinger Wulkan PLC, and Adam M. Apton of the law firm of Levi & Korsinsky, LLP as attorneys of record in this action. On January 22, 2026, I withdrew my motion for appointment as lead plaintiff and approval of selection of counsel. *See* ECF No. 22. As a result of this withdrawal, I have no representative role in the action, and the putative class will be represented by another movant and their counsel.

My current email address and mailing address as follows:

_____tmjgalt69@gmail.com_____

_12112 Covered Bridge Road__

_Sellersburg,  IN 47172_____

Date: February 10, 2026

Signature:

Name: terence l. moore

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 10, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and CM/ECF registrants.

*/s/ Brittany T.*