# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Reed, | No. CV-25-04243-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Freeport-McMoran Incorporated, et al., | |
| Defendants. | |

Before the Court is the parties' Stipulation Setting Deadline for Lead Plaintiff to File Consolidated Amended Complaint and Briefing Schedule on Motion to Dismiss. (Doc. 31).

**IT IS ORDERED** granting the parties' Stipulation Setting Deadline for Lead Plaintiff to File Consolidated Amended Complaint and Briefing Schedule on Motion to Dismiss. (Doc. 31).

**IT IS FURTHER ORDERED** setting the following deadlines:

(1)    Plaintiff's amended complaint shall be filed no later than 60 days from entry of this Order;

(2)    Defendants' motion to dismiss, if any, shall be filed no later than 60 days from the filing of the amended complaint;

(3)    Plaintiff's opposition to Defendants' motion to dismiss, if any, shall be filed no later than 60 days after the filing of any motion to dismiss; and

(4)    Defendants' reply, if any, in support of any motion to dismiss shall be filed no later than 45 days from the filing of Plaintiff's opposition.

Dated this 19th day of March, 2026.

_____
G. Murray Snow
Senior United States District Judge

- 2 -