**MARTIN & BONNETT P.L.L.C.**
Susan Martin (AZ#014226)
Jennifer Kroll (AZ#019859)
4647 N. 32nd Street, Suite 185
Phoenix, Arizona 85018
Telephone: (602) 240-6900
Fax: (602) 240-2345
Email: smartin@martinbonnett.com
jkroll@martinbonnett.com

*Liaison Counsel for Plaintiff*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim (*pro hac vice*)
Laurence M. Rosen (*pro hac vice*)
Jonathan Stern (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Email: philkim@rosenlegal.com
lrosen@rosenlegal.com
jstern@rosenlegal.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Reed, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Freeport-McMoRan Inc.; Kathleen L. Quirk; Richard C. Adkerson; Maree E. Robertson,<br><br>Defendants. | No. CV-25-04243-PHX-GMS<br><br>CLASS ACTION<br><br>**CONSOLIDATED AMENDED SECURITIES CLASS ACTION COMPLAINT** |

Lead Plaintiff Bucks County Employee Retirement System ("Plaintiff"), individually and on behalf of all other persons similarly situated, by Plaintiff's undersigned attorneys, for Plaintiff's complaint against Defendants (defined below), alleges the following based upon personal knowledge as to Plaintiff and Plaintiff's own acts, and information and belief as to all other matters, based upon, among other things, the investigation conducted by and through its attorneys, which included, among other things, a review of the Defendants' public documents, public filings, wire and press releases published by and regarding Freeport-McMoRan Inc. ("Freeport" or the "Company"), and information readily obtainable on the Internet. Plaintiff believes that substantial additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.[1]

## I. <u>NATURE OF THE ACTION</u>

1. Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class consisting of all persons other than defendants who purchased the Company's common stock between February 15, 2022 and September 24, 2025, inclusive (the "Class Period"), and who were damaged thereby (the "Class"). Excluded from the Class are Defendants, the officers and directors of the Company, members of the Individual Defendants' immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest. Plaintiff seeks to recover compensable damages caused by

[1] Unless otherwise stated, all emphasis is added and internal citations are omitted.

Defendants' violations of the federal securities laws under the Securities Exchange Act of 1934 (the "Exchange Act").

2. Freeport is an international mining company whose central asset, since the founding of the company, was the right to mine the Grasberg Minerals District in Papua, Indonesia. Until 2019, it exploited Grasberg through a surface mine called the Grasberg Open Pit. In order to continue to execute its strategy after exhausting the surface mine, Freeport needed to go underground in Grasberg. This was a massive and complex undertaking. It involved digging an underground mine beneath a giant open pit in one of the wettest regions in the world. To execute this strategy Freeport built a "block cave mine". In a block cave mine, rock is mined by digging a passage underground, developing "draw points" and destabilizing the rock under the draw points so that the valuable ore above would naturally fall through the draw points. This method was cost efficient, but risky, because it involved destabilizing the layer of rock above the drawpoints, and below the open pit. It therefore required care to avoid catastrophically dangerous conditions.

3. Freeport did not exercise that care. Despite identifying a part of the mine that was directly under the bottom of the open pit as a dangerous "soft rock zone", it mined that area anyway. Mining the soft rock zone was dangerous because it was so soft it could not be mapped seismologically, making it impossible to map the structure of the cave. This was especially dangerous because Freeport failed to clear mud from the abandoned pit above the soft rock zone. This mud laid the groundwork for a disaster.

4. The spark came in the form of Freeport's reckless mining activity. Rather than mine the rock underneath the soft zone at a slow and steady rate, they drew rock

from the soft zone at an uneven and extremely rapid rate – more rapid than the safe zones nearby. This reckless mining activity created a gap where mud could flow, a gap that Freeport could not detect because the soft zone rendered this area seismologically invisible.

5. Freeport disclosed none of this to investors, instead falsely assuring the public that they were placing safety first, and that there were no conditions in the mine that threatened its operations. None of this was true, nor was it said out of ignorance. Freeport was not only aware of the unjustifiable risks it was undertaking, its employee, Defendant Casten, had literally written the chapter of a textbook warning against the very practices that Defendants concealed.

6. Inevitably, Freeport's reckless conduct at the Grasberg mine led to tragedy. On September 8, 2025, 800,000 metric tons of mud burst into the Grasberg block cave mine, flooding the mine and killing seven miners. When Freeport announced the mud rush on September 9, they downplayed the severity of the incident, referring to it merely as a "large flow of wet materials" and announcing a temporary closure of the Grasberg mine. On this news, the price of Freeport stock fell $2.77 per share, or 5.9%, to close at $43.89 on September 9, 2025. On September 24, 2025, Freeport was more forthcoming, acknowledging that mining operations were still closed at Grasberg, that FCX's consolidated sales are expected to be approximately 4% lower for copper and approximately 6% lower for gold than July 2025 estimates, and that pre-accident mining would not be resumed until at least 2027, leading to a 35% reduced production than estimated for 2026 at Grasberg. On this news, the price of Freeport stock fell $7.69 per

share, or 16.95%, to close at $37.67 on September 24, 2025. The next day, Freeport stock fell another $2.33 per share, or 6.18%, to close at $35.34 on September 25, 2025.

## JURISDICTION AND VENUE

7. The claims asserted herein arise under and pursuant to Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

8. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331, and Section 27 of the Exchange Act (15 U.S.C. §78aa).

9. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)) as the alleged misstatements entered and the subsequent damages took place in this judicial district.

10. In connection with the acts, conduct and other wrongs alleged in this complaint, Defendants (defined below), directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the United States mails, interstate telephone communications and the facilities of the national securities exchange.

## II. PARTIES

11. Plaintiff, as set forth in its previously filed certification, incorporated by reference herein, purchased Freeport securities during the Class Period and was economically damaged thereby.

12. Freeport is a mining company. Pertinent to this action is a copper and gold mine operated by Freeport in Papua, Indonesia, called the Grasberg Copper and Gold

Mine ("Grasberg" or the "Grasberg Mine"), in which the Indonesian government holds a commercial interest.

13. The Company is incorporated in Delaware and its principal executive offices are located at 333 North Central Avenue, Phoenix, Arizona 85004-2189.

14. Freeport's common stock trades on the New York Stock Exchange (the "NYSE") under the ticker symbol "FCX."

15. Defendant Kathleen L. Quirk ("Quirk") served as Freeport's Chief Executive Officer ("CEO") since June 11, 2024 and previously served as President and Chief Financial Officer ("CFO").

16. Defendant Richard C. Adkerson ("Adkerson") served as CEO from the beginning of the Class Period until June 2024, and remains Chairman of the Board.

17. Defendant Maree E. Robertson ("Robertson") has served as Freeport's Chief Financial Officer ("CFO") and Executive Vice President since March 1, 2022.

18. Defendants Quirk, Adkerson, and Robertson are collectively referred to herein as the "Officer Defendants."

19. Defendant Andrew Issel ("Issel"), P.Geo., RM-SME is the director of Resource Estimation and Reporting at PT-FI and was one of the qualified persons who drafted the Freeport McMoRan Technical Report Summary for the Grasberg Minerals District Effective December 31, 2021, dated January 31, 2022, and attached as Exhibit 96.2 to Freeport's 10-K for 2021, filed with the SEC on February 15, 2022. (The "2021

Technical Report Summary”)[2]. He also was one of the qualified persons who drafted the Freeport McMoRan Technical Report Summary for the Grasberg Minerals District Effective December 31, 2022, dated January 31, 2023, and attached as Exhibit 96.2 to Freeport’s 10-K for 2022, filed with the SEC on February 18, 2023. (The “2022 Technical Report Summary”). According to the 2022 Technical Report Summary, Issel “has visited the Grasberg minerals district regularly, at various times throughout his career. He is a Registered Member of the Society of Mining, Metallurgy and Exploration (RM-SME) and a Professional Geoscientist (P.Geo.) of the Association of Professional Geoscientists of Ontario, Canada. He has numerous years of direct and supervisory experience in mineral resource estimation and reserve reporting, geology evaluation, exploration, and ore body modelling. His experience includes: 16 years - porphyry copper and gold deposits in Central Papua, Indonesia; 4 years Carlin type gold deposits in Nevada; 8 years - Abitibi type gold deposits in Canada; 4 years - iron ore in South Africa; and 1 year coal in South Africa. He has a master’s degree from the Faculty of Natural Sciences in the field of Geology from Wroclaw University in Poland. In his role as Director Resource Estimation and Reporting - PT-FI, he provides expert technical support for the geologic effort in Central Papua, Indonesia, with a focus on characterization, evaluation, and quantification of mineral deposits and other ore body attributes. He has a leading role and

---

[22] On February 18, 2022 Freeport filed an Amended Annual Report on Form 10-K/A, correcting a portion of the 2021 Technical Report Summary not directly relevant to this action.

responsibility for resource estimation and reserve reporting. His most recent visit to the Grasberg minerals district was in October 2022."

20. Defendant Tim Casten ("Casten"), P.E. was Vice President of Underground Planning at Freeport McMoRan from January 2016 until his retirement in July 2022 and was one of the qualified persons who drafted the Freeport McMoRan 2021 Technical Report Summary. According to the 2021 Technical Report Summary, "Casten is employed by FCX and worked at the site in Papua, Indonesia from 1997 to 2002 in a variety of roles. Mr. Casten has a bachelor's degree in mining engineering from the Camborne School of Mines, UK and a Master of Science degree in Mining Engineering from the Mackay School of Mines, University of Nevada-Reno, U.S.." In addition, [h]e has worked in the mining industry for over 30 years, primarily in metalliferous underground operations. Since 2002, he has managed a team of engineers and technicians who support the PT-FI underground operations. His team has responsibility for mine planning, mine design, feasibility level studies, and underground reserves. Since 2002, he has been based in the FCX corporate office. Mr. Casten regularly visits the site with his most recent visit to PT-FI in December 2019."

21. Defendant Ari Partanen ("Partanen"), P.E. is the Vice President of Technical Services at Freeport McMoRan and was one of the qualified persons who drafted the Freeport McMoRan Technical Report Summary for the Grasberg Minerals District Effective December 31, 2021, dated January 31, 2022, and attached as Exhibit 96.3 to Freeport's 10-K for 2021, filed with the SEC on February 15, 2022. According to the 2021 Technical Report Summary Partanen "has visited the site regularly, at various

times throughout his career. He is a RM-SME and a member of Engineers Australia with chartered P.E. status. He has a doctoral degree from the Australian National University in Systems Engineering, a Bachelor of Engineering degree in Electrical and Electronic Engineering from James Cook University of North Queensland, and a Graduate Certificate in Mineral Economics from Curtin University of Technology in Western Australia. He has worked in the mining industry for over 30 years primarily with processing of copper-gold, copper-cobalt, and iron ore deposits. He has worked at Grasberg minerals district in Papua, Indonesia from 2000 to 2004 in a variety of roles in the concentrator area. Since 2008, he has been based in the FCX corporate office leading a team of metallurgists who support the PT-FI oreflow, concentrator, and dewatering plant operations. His team collaborates with the site personnel on operational improvements. He also has responsibility for strategic metallurgy, including metallurgical ore characterization of future ores, process design of future facilities and mill forecasting, including metal recoveries and concentrate grades for reserve reporting. His most recent visit to PT-FI was in February 2020."

22. Defendant Ian Edgar ("Edgar"), RM-SME is the Vice President of Underground Planning at Freeport McMoRan and was one of the qualified persons who drafted the Freeport McMoRan Technical Report Summary for the Grasberg Minerals District Effective December 31, 2022, dated January 31, 2023, and attached as Exhibit 96.2 to Freeport's 10-K for 2022, filed with the SEC on February 18, 2023. According to the 2022 Technical Report Summary, Edgar "worked at the Grasberg minerals district from 2016 to 2022 in a variety of roles. Mr. Edgar has a bachelor's degree in mining

engineering from the Camborne School of Mines, UK. He is a RM-SME. He has worked in the mining industry for over 25 years, primarily in metalliferous underground operations. Since 2022, he has managed a team of engineers and technicians who support the PT-FI underground operations. His team has responsibility for mine planning, mine design, feasibility level studies, and underground reserves. Since 2022, he has been based in the FCX corporate office. Mr. Edgar regularly visits the Grasberg minerals district with his most recent visit in December 2022."

23. Defendant Erik David Seymour ("Seymour"), RM-SME is a Manager of Geometallurgy and Strategic Planning at Freeport McMoRan and was one of the qualified persons who drafted the Freeport McMoRan Technical Report Summary for the Grasberg Minerals District Effective December 31, 2022, dated January 31, 2023, and attached as Exhibit 96.2 to Freeport's 10-K for 2022, filed with the SEC on February 18, 2023. According to the 2022 Technical Report Summary Seymour "is employed by FCX, and he is a RM-SME. He has a Masters of Business Administration degree from the University of Nevada-Reno, U.S. and a Bachelor's degree in Metallurgical Engineering from the Colorado School of Mines, U.S. He has worked in the mining industry for over 35 years primarily with processing of coppergold and gold-silver ore deposits. He worked at the Grasberg minerals district from 2004 to 2018 in a variety of roles in the concentrator and concentrate handling areas. Since 2018, he has been based in the FCX corporate office supporting the PT-FI oreflow, concentrator, and dewatering plant operations. He collaborates with site personnel on operational improvements. He also supports strategic metallurgy, including metallurgical ore characterization of future ores, and process

design of future facilities. He is responsible for mill forecasting, including metal recoveries and concentrate grades for reserve reporting. His most recent visit to the Grasberg minerals district was in January 2023."

24. Issel, Casten, Partanen, Edgar, and Seymour are referred to collectively as the "Qualified Person Defendants".

25. Each Qualified Person consented to:

> • the filing and use of the technical report summary titled "Technical Report Summary of Mineral Reserves and Mineral Resources for Grasberg Minerals District" (the "Technical Report Summary"), with the 10-Ks to which they were appended;
>
> • the use of and references to their names, including their status as experts or "qualified persons" (as defined in Subpart 1300 of Regulation S-K promulgated by the Securities and Exchange Commission), in connection with the Form 10-K and any such Technical Report Summary; and
>
> • the use of information derived, summarized, quoted or referenced from the Technical Report Summary, or portions thereof, that was prepared by them, that they supervised the preparation of and/or that was reviewed and approved by them, that is included or incorporated by reference in the Form 10-K.

26. The Officer Defendants and the Qualified Person Defendants are referred to herein as the "Individual Defendants."

27. Each of the Individual Defendants:

(a) directly participated in the management of the Company;

(b) was directly involved in the day-to-day operations of the Company at the highest levels;

(c) was privy to confidential proprietary information concerning the Company and its business and operations;

(d) was directly or indirectly involved in drafting, producing, reviewing and/or disseminating the false and misleading statements and information alleged herein;

(e) was directly or indirectly involved in the oversight or implementation of the Company's internal controls;

(f) was aware of or recklessly disregarded the fact that the false and misleading statements were being issued concerning the Company;

(g) and/or approved or ratified these statements in violation of the federal securities laws.

28. The Company is liable for the acts of the Individual Defendants and its employees under the doctrine of *respondeat superior* and common law principles of agency because all of the wrongful acts complained of herein were carried out within the scope of their employment.

29. The scienter of the Individual Defendants and other employees and agents of the Company is similarly imputed to Freeport under *respondeat superior* and agency principles.

30. Defendant Freeport and the Individual Defendants are collectively referred to herein as "Defendants."

## III. Significant Non-Parties

### A. Plaintiff's Expert

31. Plaintiff has retained the services of a mining expert, Marvin Blethen. Mr. Blethen has a BS in Mining Engineering from the West Virginia University Institute of Technology, an MBA from Troy State University, and an MS in Mining Engineering

from the University of Idaho. He is a Registered Founding Member of the Society of Mining Engineers and a Licensed Member of the National Society of Professional Engineers. He is a Registered Professional Engineer in 16 states. He has previously worked as a Mine Engineer and District Mine Manager with Harbison-Walker, a Mine Consultant with Tolsia Resources, a Design Engineer with Pilgreen Engineering, a Corporate Engineer and VP with WHIBCO, Inc., and VP with National Aggregates Association. Since 2006 he has been President of Blethen Mining Associates, PC and since 2013 has been President of Blethen Mine Consultants, LLC.

## IV. Factual Background

### A. Background on Freeport-McMoRan

32. Freeport is an international mining metals company that describes itself as having "the objective of being foremost in copper". As it states in its 10-K for 2025, "[w]e are one of the world's largest publicly traded copper producers. Our portfolio of assets includes the Grasberg minerals district in Indonesia, one of the world's largest copper and gold deposits; and significant operations in the U.S. and South America, including the large-scale Morenci minerals district in Arizona and the Cerro Verde operation in Peru."

33. Freeport owns 48.76% of PTFI, a limited liability company organized under the laws of Indonesia. On December 21, 2018, Freeport entered into a transaction with the Indonesian government that secured mining rights in the Grasberg Mining District in exchange for providing a 51.24% share of PTFI to PT Mineral Industri Indonesia, an Indonesian state-owned enterprise. The mining rights are governed by a

special mining license called IUPK, which grants PTFI mining rights to 2031, with rights to extend through 2041 subject to meeting fiscal obligations to the Indonesian government. Under a shareholder agreement among the PTFI shareholders, PTFI's mining operations are managed by an operating committee that is controlled by Freeport.

**B. Background on the Grasberg Mine**

34. The Grasberg Mine is one of the world's largest copper and gold deposits, located in the remote Sudirman Mountains, Mimika Regency, Central Papua, near Puncak Jaya, Indonesia.

35. In 1939, the geologist Jean Jacques Dozy discovered minerals on Mount Carstensz, the highest mountain in what was then the Dutch East Indies in what became known as the Ertsberg deposit. The discovery occurred in what was then one of the most inaccessible regions in the world, requiring difficult expeditions into the mountainous interior of Papua. Initial geological surveys revealed an enormous reserve of copper and gold ore.

36. The Ertsberg deposit was rediscovered by Forbes Wilson and Del Flint working for Freeport. The first Contract of Work to develop Ertsberg was signed in 1963.

37. In 1967, Freeport Sulphur established PT Freeport Indonesia (PTFI) (originally Freeport Indonesia, Incorporated) and signed the first Contract of Work to develop the Ertsberg deposit in Papua, Indonesia. In 1973, PTFI's original Ertsberg copper project became operational.

38. In 1988, PTFI discovered the Grasberg copper and gold deposit, near the Ertsberg deposit. Freeport-McMoRan Inc. ("FCX"), formerly known as Freeport-

McMoRan Copper & Gold Inc., was established in 1988 following the discovery and the stock (FCX) was listed on the New York Stock Exchange under the name Freeport-McMoRan Copper Company, Inc.

39. PTFI began open-pit mining of the Grasberg ore body in 1990. The final phase of the Grasberg open pit was mined during 2019, including the removal of the open pit ramps.

40. As the Grasberg Mine open pit grew deeper and ore grades changed, PT Freeport Indonesia transitioned to block cave mining with development beginning in 2017 and continued until the opening of production in 2019 after the cessation of surface mining activity.

**C. The Significance of the Grasberg Mine to Freeport McMoRan**

41. The Grasberg mine is Freeport's flagship asset, and central to its business. As Adkerson described it on a July 23, 2025 earnings call, "Grasberg operations and district is our cornerstone asset".

42. According to Freeport, prior to the mud rush the Grasberg was expected to produce approximately 1.7 billion pounds of copper and nearly 1.6 million ounces of gold in 2026, accounting for over 30% of its copper production and over 90% of its gold production. In 2024, the last full year of the class period, revenues from Indonesia (of which Grasberg is the only asset) were $9.774 billion, or 38.4% of Freeport's total revenues.

43. In terms of profitability and cash flows, the importance of the Grasberg mine to Freeport is even greater than those numbers suggest because of Grasberg's high-grade ore, cost efficiencies, and the fact that world-class copper and gold deposits are located

in the same mine. In 2024, operating income from Grasberg was $5.622 billion, amounting to 81% of Freeport's operating income.

44. Accordingly, Grasberg is a massive, long-life copper mine whose costs are heavily subsidized by unusually large gold production. Due to the gold revenues that Freeport treats as a credit against the cost of producing copper, the Grasberg mine can approach near-zero net costs for copper production. The incredible combination of copper and gold deposits has made the Grasberg mine Freeport's most valuable asset for decades.

45. Because the Grasberg mine is a critical, value-defining asset for Freeport, any disruptions that occur at Grasberg materially affect the Company's expected earnings, valuation and stock price.

46. Adkerson, on earnings calls, repeatedly explained the financial importance of Grasberg to Freeport, stating on a July 21, 2022 call that "[w]hen times get tough, historically, what we've done has been able to use Grasberg to support all of our corporate G&A and our debt financing cost." Adkerson further explained, on a January 25, 2023 call, that resuming the cash flow from Grasberg was crucial to Freeport, stating that the Grasberg open pit "had been the bulk of our operations since the discovery of the ore body in the late 1980s" until Freeport completed mining the surface in 2019. He went on to state that "for years, this transition was viewed as a risk overlying Freeport's business. And it's just a major accomplishment that we've reached our targeted mining in metal production targets, that is what's arguably the most complicated mine in the world." Therefore, the inability to mine the Grasberg surface mine was an existential threat to Freeport, and the Grasberg Block Cave was the solution. The re-opening of Grasberg led

Adkerson to celebrate, on an October 20, 2022 call, that "we're back to the strategy we've always had, Grasberg generates cash in any environment, it can fund our G&A and then we challenge each of our other mines to manage their business to at least breakeven on a cash basis."

47. Because Grasberg is so central to Freeport's operations, in 2021, as a result of the re-opening of Grasberg, Adkerson repeatedly celebrated the feat as a career defining and historic accomplishment. On an April 22, 2021 earnings call Adkerson stated that completing the Grasberg Block Cave was "a highlight of my career" and "a major historical accomplishment". On a July 22, 2021 earnings call he referred to the completion of the Grasberg Block cave as "remarkable" and "a historic success for both our company and even the mining industry." On a September 21, 2021 call, Adkerson referred to building the block cave mine as "a major undertaking… and key for our company in its future". On an October 21, 2021 call, he referred to the Grasberg Block cave as "historic" and the conversion to an underground mine as "strategically so important" and "really something special for our company".

**D. <u>Background on Block Cave Mining</u>**

48. Block caving is an underground hard rock mining method that involves undermining an ore body, allowing it to progressively collapse under its own weight. It is the underground version of open pit mining. In block caving, a large section of rock is undercut, creating an artificial cavern that fills with its own rubble as it collapses. This broken ore falls into a preconstructed series of funnels and access tunnels underneath the broken ore mass. These mineworks are sheltered from the collapsing ore inside a bunker-

like mass of rock, and miners extract it continuously from here. The collapse progresses upward through the ore body, eventually causing large areas of the surface to subside into sinkholes.

49. The ore body is divided into sizable blocks supported by pillars. Mining begins with the removal of these support pillars, causing the ore above to collapse due to gravity, and the broken material is then gathered from below.

50. In this process, drawbells serve as the main extraction points—also called "draw points"—in block cave mining. They are strategically placed openings at the base of the cave, collecting fragmented ore as it fractures and drops from above. The below diagram from Freeport shows the design of the Grasberg Block Cave



51. Controlling the ore draw at each point is essential for maintaining consistent cave development. Operators need to carefully manage this balance:

(a) Drawing uniformly across all active drawbells to avoid localized subsidence and stress concentration.

(b) Monitoring draw rates to prevent bridging (where large rock pieces span across the drawbell opening, blocking flow).

(c) Managing dilution — waste rock mixing with ore increases as the cave expands laterally.

(d) Cave back height — tracking how high the caved zone extends to predict when mining must transition to new blocks.

52. Essential to safe and effective Block Cave Mining (as well as any other form of underground mining) is proper geomechanical modelling.

53. According to Mr. Blethen, in underground mining, a geomechanical model is a practical way to predict how the rock will behave when the mine is dug—where it will bend, crack, or fail as work moves forward. That lets engineers plan ground support, the mining sequence, and keep out areas before conditions get dangerous. Without a model that has been checked against real measurements, those decisions are mostly educated guesses, which raises the risk of preventable failures, shutdowns, and safety incidents.

54. According to Mr. Blethen, building a geologic model makes the geologist and engineer organize what they know about the rock—what types are present, where

they are, and how they relate to each other—based on mapping and drill logging. It is used to help predict what conditions the mine will encounter during exploration and production.

**E. <u>The Transition from the Grasberg Open Pit to the Grasberg Block Cave</u>**

55. An article co-written by Charles Brannon, at the time a manager of Underground Planning at Freeport, titled "Development of and production update for the Grasberg Block Cave mine – PT Freeport Indonesia" presented at the Eighth International Conference & Exhibition on Mass Mining and dated January 2020 (The "2020 Grasberg Development Update") outlines the history of the transition from the Grasberg Open Pit Mine to the Grasberg Block Cave Mine. According to that article, PTFI first began development of the Grasberg Block Cave in 2004, and initiated caving in late 2018.

56. As Freeport was developing the Grasberg Block Cave, in 2016 and 2017 Freeport identified "extensive areas of poor rock mass conditions (termed the Soft Zone)" in a part of the Grasberg Block Cave's location, according to an article titled "Grasberg Block Cave mine: cave planning and undercut sequencing", co-authored by Brannon and appearing in Caving 2018: Proceedings of the Fourth International Symposium on Block and Sublevel Caving at the Australian Centre for Geomechanics (the "2018 Grasberg Report"). As a result of identifying the Soft Zone, "a revised production plan was developed, which delayed entry into the … Soft Zone at the planned start of production."

57. As of the end of 2019, the estimated ore reserves were 959 million tons of ore at 0.97% copper and 0.73 grams per ton of gold. This represents 17 billion pounds

of copper and 14 million ounces of gold. As of the time of the 2020 Grasberg Development Update, the mine plan divided the mine into eight production blocks, with the sequence of development shown below




58. The bulk of the Soft Zone appeared in what is labeled “PB1N”, as shown in the below chart drawn from the 2018 Grasberg Report.




59. Freeport disclosed a general plan reflecting the above divisions of production blocks in a presentation to investors filed with the SEC on July 22, 2021.




60. However, in late 2021, Freeport would deviate from this plan, instead developing directly into the "soft zone". According to Quirk, on a special call dated November 18, 2025, Freeport began development of PB1C, a new production block directly in the Soft Zone. "We began undercutting of PB1C in late 2021, and that was

completed in late 2023. We started initially production from 2 panels in PB1C in 2022 and with the last panel commencing in October of 2024."

61. The reason that Freeport developed PB1C so quickly, despite the danger, is apparent from the below figure from an article titled "Update on the Grasberg and Kucing Liar block cave mines" co-authored by Brannon and presented at the 9th International Conference and Exhibition on Mass Mining, Kiruna Sweden 17-19 September 2024:




**Figure 2 GBC footprint showing grade distribution (red = higher grade, blue = lower grade), production block naming conventions and year end 2023 active footprint.**

62. As the above chart shows, despite the small size of PB1C, it contains a very high concentration of the highest grade ore, making the mining of PB1C a top priority for Freeport.

**F. Freeport McMoRan's Reporting Obligations Under Subpart 1300 of Regulation S-K**

63. For more than 30 years, the SEC's guidelines for mining disclosures were governed by Industry Guide 7. Since the adoption of Guide 7, several countries adopted mining disclosure standards based on the Committee for Mineral Reserves International Reporting Standards. The SEC adopted new rules, which became effective on January 31, 2021, to update standards for mine disclosures by public companies. Those rules appear as subpart 1300 of Regulation S-K. In its adopting regulation, the SEC stated that "we believe the final rules concerning summary and individual property disclosure will provide clear and consistent standards for registrants to apply in determining the scope of their disclosure obligations without unduly burdening registrants. We also believe that the final rules will help ensure that investors receive all material information about registrants' mining operations and associated risks."

64. These mining rules apply to SEC registrants that have mining operations that are material to its business or financial condition, and require reports on properties that are individually material to the company's business or financial condition. The SEC regulations required Freeport to disclose (i) any significant factors and risks that may affect access or the ability to perform work on the property, and (ii) "significant factors and risks relating to the property or work on the property."

65. The reports must be prepared by a qualified person, who is

> (1) A mineral industry professional with at least five years of relevant experience in the type of mineralization and type of deposit under consideration and in the specific type of activity that person is undertaking on behalf of the registrant; and
> (2) An eligible member or licensee in good standing of a recognized professional organization at the time the technical report is prepared.
>
> 17 CFR § 229.1300.

66. Item 601 of Regulation S-K provides further requirements for the Technical Report Summary:

> **(3)** Property description.
>
> ***(i)*** Describe the location of the property, accurate to within one mile, using an easily recognizable coordinate system. The qualified person must provide appropriate maps, with proper engineering detail (such as scale, orientation, and titles) to portray the location of the property. Such maps must be legible on the page when printed.
>
> ***(ii)*** Disclose the area of the property.
>
> ***(iii)*** Disclose the name or number of each title, claim, mineral right, lease, or option under which the registrant and its subsidiaries have or will have the right to hold or operate the property. If held by leases or options, the registrant must provide the expiration dates of such leases or options and associated payments.
>
> ***(iv)*** Describe the mineral rights, and how such rights have been obtained at this location, indicating any conditions that the registrant must meet in order to obtain or retain the property.
>
> ***(v)*** Describe any significant encumbrances to the property, including current and future permitting requirements and associated timelines, permit conditions, and violations and fines.
>
> *(vi)* **Disclose any other significant factors and risks that may affect access, title, or the right or ability to perform work on the property.**

67. 17 CFR § 229.601. (emphasis added).

### G. Mud Rushes Were a Known Risk to the Grasberg Mine

68. Freeport was well aware of the risk that a mud rush could pose to a block cave mine. Brannon and Defendant Casten, as well as co-author Gordon K. Carson, in a chapter of the SME (Society for Mining, Metallurgy & Exploration) Mining Engineering Handbook, Third Edition ("SME Handbook")[3], identify a mud rush as a "major operational hazard associated with block cave mining." According to the SME Handbook:

> A mud rush is a sudden inflow of saturated fines from the drawpoint or other underground openings. A mud rush can occur when water builds up within caved material that contains sufficient potentially mud-producing materials. The inrush is then triggered by a mechanism such as production from the drawpoint, blasting, or seismicity. The sudden inflow puts at risk the personnel in the path of the mud rush. Mud rushes are a fact of life in caves with the appropriate conditions and must be managed to mitigate the risk to the people and to the operation. For example, automated or remote-controlled loaders can be used to produce from the wet areas. A key is to attempt to keep the material moving in the wet areas to minimize the buildup of the wet material and prevent the event from spreading further into the cave.
>
> An external mud rush might occur when the cave breaks up into a saturated zone of material such as a tailings or slimes retention area, or perhaps a backfilled zone from an upper lift of the mine. Tailings or slimes ponds should never be sited over caving areas as catastrophic failures and inrushes can and have occurred that can claim hundreds of lives (e.g., West Driefontein in South Africa and Mufulira in Zambia).

---

[3] The SME Handbook is an industry standard handbook for practicing mining engineers.

69. The SME Handbook points to the textbook "Block Caving Geomechanics" by E.T. Brown as a source on risks in block cave mining. Block Caving Geomechanics identifies four conditions that must be present for a mud rush to occur.

> • potentially mud-forming minerals must be present in the cave;
>
> • water must be present;
>
> • there must be a disturbing or triggering mechanism such as draw, blasting or seismicity; and
>
> • there must be discharge points through which the mud can enter the mine workings.

70. Given these factors, Block Caving Geomechanics identifies several methods to avoid mud rushes. "Obviously, one of the major means of avoiding mud rushes is to control the supply of water". This addresses the second factor, the presence of water.

71. Addressing the third factor means avoiding disturbances.

> The most obvious form of disturbance is the drawing of ore which will disturb the pre-existing conditions of equilibrium and allow the mud within the muck pile to flow. A high rate of extraction from a single drawpoint may increase the possibility of a mud rush occurring because any mud-bearing waste cap enters the draw column sooner and because larger quantities of water are likely to enter a more highly drawn zone. In essence, the more heavily drawn drawpoints provide preferred mud pocket pathways through the ore column.

72. In other words, key to avoiding mud rushes is to draw down material at a consistent and controlled rate across drawpoints.

73. At an Indonesian-language webinar hosted by the Indonesian Ministry of Energy and Mineral Resources Mining Training Center on June 14, 2024, PTFI Senior Manager of Geoengineering identified a mud slide as a known risk at the Grasberg mine.

## H. Undisclosed Factors Contributing to the Risk of Mud Rush

### 1. Cave Geometry

74. The geometry at PB1C increased the risk of a mud rush. Quirk stated, at a November 18, 2025 Special Call, that one factor that contributed to the mud rush incident was the PB1C cave geometry, "which is characterized by a partially unbroken overhanging and inclined shape of the cave boundary adjacent to an established area in PB1 South." This cave boundary shape can increase mud rush risk because it can act like a sloped, overhanging "chute" that guides wet, muddy material into one main path instead of letting it spread out through the broken rock. For example, rainwater on a driveway does not soak in evenly if there is a low spot or a curb; it concentrates and runs as a small stream. Similarly, mud on a hillside tends to follow a gully rather than move as a wide sheet. In the same way underground, if part of the boundary stays intact, it can behave like a smoother surface that lets wet fines slide, and it reduces how much the wet material mixes with larger rock pieces that would normally act like speed bumps and slow it down. When PB1C is drawn faster than the adjacent PB1 South area, the combined effect is to concentrate movement into a narrow fast moving channel—like water being pulled harder through a ditch—and that channel can work its way upward and, if it reaches surface mud, provide a direct route for mud to travel quickly down to the drawpoints and mine levels.

75. Freeport was well aware of the importance of cave geometry, with Brannon and Casten stating, in the SME Mining Engineering Handbook, effective mine management requires a thorough understanding of cave "[g]eology, including geometry".

### 2. Accumulation of Surface Mud

76. Despite the known risk of a mud rush, Freeport allowed large amounts of mud to accumulate on the surface of the Grasberg mine in the pit created by the old surface mine, and did not effectively remove that mud.

77. When Freeport operated a surface mine, they kept the pit free from mud. The below satellite image from Google Earth and reviewed by Mr. Blethen, shows that the mine was largely free from mud accumulation in May of 2018.




78. By June 2021, however, Freeport had permitted substantial mud to accumulate.




79. This accumulation of mud occurred, in part, because Freeport did not install mud pumps at the bottom of the pit left over by the surface mine, but instead only installed them part way up the pit, as shown in the below diagram provided by Freeport in a video presentation in November of 2025.




80. This failure to drain mud from the open pit set the stage for the catastrophic mud rush of September 2025.

**3. Soft Rock**

81. The rock above the draw points in PB1C was softer than other parts of the Grasberg mine. As an article in the Engineering and Mining Journal dated November 20, 2025 states (the "E&MJ Article") describes it, PB1C is "largely composed of a low-strength, clay-rich soft zone." Mark Johnson, the President and COO of PTFI, stated that this made it impossible to use conventional seismic methods to monitor the area above the draw points. "The caveback is the boundary between the uncaved and caved rock. In other areas of the mine, caveback geometry can be inferred through seismic monitoring. However, due to the very soft rock in PB1C and PB1 North, there is no seismic signature in this area."

**4. Rapid and Uneven Draw Rate**

82. Contrary to industry best practices, and along with the other factors listed above that heightened the risk of catastrophic and undetected mud rush, Freeport mined PB1C at a rapid and uneven rate that further exacerbated the risk of a mud rush. According to the E&MJ Article, "PB1C had 70 draw points" but Freeport's investigation team "found that PB1C had a faster rate of production draw in relation to the adjacent established cave area, PB1 South, which had 174 draw points." In other words, despite having fewer points from which PB1C could draw material, it drew material at an overall faster rate than the larger PB1 South. Drawing from a smaller area at faster rate is inherently dangerous and increases the risk of damaging the structural integrity of the mine.

83. As Brannon and Casten noted, in the SME Mining Engineering Handbook, "[d]raw control is an essential component in the caving process. Controlling the shape of the cave back and keeping the drawdown of the cave even and controlled will minimize cave issues such as early dilution, accelerated breakthrough to older workings, and excessive air gaps." Despite their mining experts' knowledge of this risk, Freeport allowed PB1C draw rates to proceed in an uneven and uncontrolled fashion.

**5. Incomplete Geotechnical Model**

84. Because of the soft rock conditions at PB1C, Freeport could not prepare a proper geomechanical model. According to Mr. Blethen, "a competent, industry-standard geomechanical model requires seismological data. Freeport-McMoRan, Inc. did not obtain that data—citing soft-rock characteristics—and therefore could not produce a

geomechanical model that meets industry standards. Any model created without this baseline input is necessarily incomplete and unreliable. As a result, any design, stability assessment, or risk/cost decision purportedly based on that model lacks a defensible technical basis and materially increases the likelihood of erroneous conclusions."

### I. <u>The September 2025 Grasberg Mud Rush</u>

85. Freeport announced that on Monday, September 8 at approximately 10 p.m. local time in Central Papua, Indonesia, a large flow of wet material from a production draw point occurred at one of five production blocks in the Grasberg Block Cave underground mine. The incident blocked access to certain areas within the mine, restricting evacuation routes for seven team members.

86. On September 8, 2025, approximately 800,000 metric tons of wet material suddenly entered the Grasberg Block Cave (GBC) mine. This material originated from the former Grasberg open pit and surged rapidly through multiple underground levels with tremendous force.

87. The mud rush originated from a former pit on the surface. It entered through an undetected pathway connecting the Grasberg Block Cave to mud accumulations in the former pit. The mud traveled to multiple levels, including the service level where seven mine workers were later found dead. The destruction caused by the mud rush caused Freeport to shut down significant parts of the mine which is not expected to fully resume production until 2028.

## V. <u>Materially False and Misleading Statements Issued During the Class Period</u>

### A. <u>2021 Annual Report</u>

88. On February 15, 2022, the Company filed with the SEC its Annual Report on Form 10-K for the year ended December 31, 2021 (the "2021 Annual Report"). Attached to the 2021 Annual Report were signed certifications pursuant the Sarbanes-Oxley Act of 2002 ("SOX") signed by Defendants Adkerson and Quirk attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal controls over financial reporting, and the disclosure of all fraud.

89. The 2021 Annual Report contained the following statement regarding health and safety:

> **The safety and health of our workforce is our highest priority. Management believes that safety and health considerations are integral to, and compatible with, all other functions in the organization and that proper safety and health management will enhance production and reduce costs.** We are subject to extensive regulation of worker health and safety, including the requirements of the U.S. Occupational Safety and Health Act and similar laws of other jurisdictions. In the U.S., the operation of our mines is subject to regulation by the U.S. Mine Safety and Health Administration (MSHA) under the Federal Mine Safety and Health Act of 1977 (Mine Act). MSHA inspects our mines on a regular basis and issues citations and orders when it believes a violation has occurred under the Mine Act. Additionally, in the U.S. various state agencies have concurrent jurisdiction arising under state law that regulate worker health and safety in both our industrial facilities and mines. If regulatory inspections result in an alleged violation, we may be subject to fines and penalties and, in instances of alleged significant violations, our mining operations or industrial facilities could be subject to temporary or extended closures.

90. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to detect the geometry of PB1C seismologically due to the soft rock conditions, the accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid

draw rate at PB1C. These undisclosed and unaddressed threats to the health, safety and well-being of Freeport McMoran's employees rendered the foregoing statement misleading.

91. The 2021 Annual Report contained the following statement in the section titled Human Capital:

> **We are committed to promoting the health, safety and well-being of our workforce and striving to further strengthen our commitment to promoting an inclusive, diverse and agile workplace.** We believe our global workforce is the foundation of our success. Our Board of Directors (Board) oversees our policies and implementation programs that govern our approach to management of our human capital, with the Board's Corporate Responsibility Committee having oversight of health and safety matters and the Board's Compensation Committee having oversight of other human capital matters, including those relating to workforce recruitment, retention and development, pay equity and inclusion and diversity.

92. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to detect the geometry of PB1C seismologically due to the soft rock conditions, the accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid draw rate at PB1C. These undisclosed and unaddressed threats to the health, safety and well-being of Freeport McMoran's employees rendered the foregoing statement misleading.

93. The 2021 Annual Report also contained the following statement in the section titled Human Capital, subsection Health and Safety:

> **Our highest priority is the health, safety and well-being of our employees and contractors. We also instill health and safety processes**

> **for our suppliers and the communities where we operate. We believe that health and safety considerations are integral to, and fundamental for, all other functions in our organization, and we understand that the health and safety of our workforce is critical to our operational efficiency and long-term success.** Our global health and safety approach, "Safe Production Matters," is focused on fatality prevention and continuous improvement through the use of robust management systems, empowering safe work behaviors and strengthening our safety culture.
>
> We focus on fatality prevention through the use of data and technology as well as behavioral science principles. Our framework for managing risks and compliance obligations is certified company wide in accordance with the new ISO 45001 Health and Safety Management System (ISO 45001), most recently certified in September 2021. ISO 45001 requires third-party site-level verification of requirements, with a goal to prevent fatalities and reduce safety incidents.
>
> As part of our commitment to providing a safe and healthy workplace, we strive to provide the training, tools and resources needed so our workforce can identify risks and consistently apply effective controls. We share information and key learnings about potentially fatal events, near misses and best practices throughout the company and engage with industry peers outside the organization to continuously improve our health and safety performance. We also review and discuss all fatalities with the Corporate Responsibility Committee and the Board.

94. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to detect the geometry of PB1C seismologically due to the soft rock conditions, the accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid draw rate at PB1C. These undisclosed and unaddressed threats to the health, safety and well-being of Freeport McMoran's employees rendered the foregoing statement misleading.

95. The 2021 Annual Report also contained the following Mine Safety Disclosure:

> **Our highest priority is the health, safety and well-being of our workforce. We believe that health and safety considerations are integral to, and fundamental for, all other functions in our organization, and we understand that the health and safety of our workforce is critical to our operational efficiency and long-term success.** Our global health and safety approach, "Safe Production Matters," is focused on fatality prevention and continuous improvement through the use of robust management systems, empowering safe work behaviors and strengthening our safety culture.
>
> Our objective is to achieve zero workplace fatalities and to decrease injuries and occupational illnesses. We measure progress toward achieving our objective against regularly established benchmarks, including measuring company-wide Total Recordable Incident Rates (TRIR). Our TRIR (including contractors) per 200,000 man-hours worked was 0.69 in both 2021 and 2020. The metal mining sector industry average per 200,000 man-hours worked reported by the U.S. Mine Safety and Health Administration was 1.70 for 2021 (preliminary for the period of January 1, 2021, through September 30, 2021) and 1.66 in 2020.

96. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to detect the geometry of PB1C seismologically due to the soft rock conditions, the accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid draw rate at PB1C. These undisclosed and unaddressed threats to the health, safety and well-being of Freeport McMoran's employees rendered the foregoing statement misleading.

### B. <u>2021 Technical Report Summary</u>

97. The 2021 Technical Report Summary was attached as Exhibit 96.2 to the 2021 Annual Report. The 2021 Technical Report Summary was signed by Issel, Casten, and Partanen.

98. In Section 1.6, Permitting Requirements, the 2021 Technical Report Summary stated, in pertinent part, that

> In the QP's opinion, the Grasberg minerals district has adequate plans and programs in place, is in good standing with Indonesian environmental regulatory authorities, and **no current conditions represent a material risk to continued operations**. The Grasberg minerals district staff has a high level of understanding of the requirements of environmental compliance, permitting, and local stakeholders in order to facilitate the development of the mineral reserve and mineral resource estimates. The periodic inspections by governmental agencies, FCX corporate staff, third-party reviews, and regular reporting confirm this understanding.

99. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to detect the geometry of PB1C seismologically due to the soft rock conditions, the accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid draw rate at PB1C.

100. In Section 3.5, Comment on Factors and Risks Affecting Access, Title, and Ability to Perform Work, the 2021 Technical Report Summary stated, in pertinent part, that "to the extent known to the QPs, there are no significant encumbrances, factors, or risks that may affect the ability to perform work in support of the estimates of mineral reserves and mineral resources."

101. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to detect the geometry of PB1C seismologically due to the soft rock conditions, the accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid draw rate at PB1C.

102. In Section 13.1.2, Geomechanical and Hydrological Modeling, the 2021 Technical Report Summary stated:

> **The rock stability of the underground mines is monitored with a variety of geomechanical piezometer instrumentation and sensors**. The geomechanical instruments measure the movement in the rock and the measurements are used to monitor and manage any movement and stability concerns. **Typical instrumentation includes** time-domain reflectometry, open-hole camera monitoring, radar units, scanning units, **and seismic monitoring**. Groundwater is monitored to check flow and pressure to help manage any safety and stability concerns.

(emphasis added)

103. The foregoing statements was misleading for failing to disclose that because of the soft rock characteristics of the area above PB1C, seismic monitoring was ineffective to monitor the rock stability of the underground mine.

104. In Section 13.1.3, Final Mine Design, the 2021 Technical Report Summary stated:

> Using specialized computer software, mine designs are developed with key considerations that include:
>
> •Compliance with the geomechanical recommendations.

> **•Implementation of geomechanical model data, including general geology, in-situ rock properties, structural data, and mass classification.**
>
> •Proper geometric dimensioning for underground structures, such as pillars, stopes, and openings.
>
> •Access for entry and egress.
>
> •Underground roadways design.
>
> •Mechanization and efficiencies, such as matching equipment and fleets.
>
> •Ventilation requirements.
>
> •Dilution considerations.
>
> •Infrastructure and supplies.
>
> Mine designs are reviewed for compliance to key parameters and reasonableness with comparison to historical and current operating practices. Figure 13.1 is a three-dimensional perspective view of the Grasberg minerals district showing the layout and mineral reserve shapes of the mines.

(emphasis added).

105. The foregoing statement was misleading for failing to disclose that, due to the soft rock characteristics of the area above PB1C, proper geomechanical monitoring and geometric dimensioning of the Grasberg Block Cave mine was impossible.

106. In Section 17.6, Comment on Environmental Compliance, Permitting, and Local Engagement, the 2021 Technical Report Summary stated:

> **In the QP's opinion, the Grasberg minerals district has adequate plans and programs in place, is in good standing with Indonesian environmental regulatory authorities, and no current conditions represent a material risk to continued operations.** The Grasberg minerals district staff has a high level of understanding of the requirements of environmental compliance, permitting, and local stakeholders in order to facilitate the development of the mineral reserve and mineral resource estimates. The periodic inspections by governmental agencies, FCX

> corporate staff, third-party reviews, and regular reporting confirm this understanding.

(emphasis added)

107. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to detect the geometry of PB1C seismologically due to the soft rock conditions, the accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid draw rate at PB1C.

**C. <u>2021 Sustainability Report</u>**

108. On April 21, 2022, Freeport announced the publication of its 2021 Annual Report on Sustainability (the "2021 Sustainability Report"). That report was published on Freeport's website.

109. The 2021 Sustainability Report stated, in a section titled Health and Safety, that:

> Safety is a core company value and is foundational to our sustainability approach. Our highest priority is the health, safety and well-being of our employees, contractors, suppliers and the communities where we operate. We believe that health and safety considerations are integral to, and fundamental for, all other functions in our organization and we understand that the health and safety of our workforce is critical to our operational success and efficiency and ultimately to our ability to deliver long-term value to our stakeholders.

110. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to

detect the geometry of PB1C seismologically due to the soft rock conditions, the accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid draw rate at PB1C. Having elected to speak about Freeport's commitment to health and safety, Defendants violated their duties to disclose these material facts so as to render Defendants' statements not misleading.

### D. <u>1Q2022 Quarterly Report</u>

111. On May 5, 2022, the Company filed with the SEC its Quarterly Report on Form 10-Q for the first quarter of 2022 (the "1Q2022 Quarterly Report"). Attached to the 1Q2022 Quarterly Report were SOX certifications signed by Defendants Adkerson and Robertson attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal controls over financial reporting, and the disclosure of all fraud.

112. The 1Q2022 Quarterly Report contained the following Mine Safety Disclosure:

> The safety and health of all employees is our highest priority. Management believes that safety and health considerations are integral to, and compatible with, all other functions in the organization and that proper safety and health management will enhance production and reduce costs. Our approach towards the safety and health of our workforce is to continuously improve performance through implementing robust management systems and providing adequate training, safety incentive and occupational health programs.

113. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to

detect the geometry of PB1C seismologically due to the soft rock conditions, the accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid draw rate at PB1C. These undisclosed and unaddressed threats to the health, safety and well-being of Freeport McMoran's employees rendered the foregoing statement misleading.

**E. <u>2Q2022 Quarterly Report</u>**

114. On August 5, 2022, the Company filed with the SEC its Quarterly Report on Form 10-Q for the quarter June 30, 2022 (the "2Q2022 Report"). Attached to the 2Q2022 Report were signed certifications pursuant to the SOX signed by Defendants Robertson and Adkerson attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal controls over financial reporting, and the disclosure of all fraud.

115. The 2Q2022 Report contained the following Mine and Safety Disclosure:

> The safety and health of all employees is our highest priority. Management believes that safety and health considerations are integral to, and compatible with, all other functions in the organization and that proper safety and health management will enhance production and reduce costs. Our approach towards the safety and health of our workforce is to continuously improve performance through implementing robust management systems and providing adequate training, safety incentive and occupational health programs.
>
> (emphasis added)

116. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to

detect the geometry of PB1C seismologically due to the soft rock conditions, the accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid draw rate at PB1C. These undisclosed and unaddressed threats to the health, safety and well-being of Freeport McMoran's employees rendered the foregoing statement misleading.

### F. <u>3Q2022 Quarterly Report</u>

117. On November 4, 2022, the Company filed with the SEC its Quarterly Report on Form 10-Q for the quarter ended September 30, 2022 (the "3Q2022 Report"). Attached to the 3Q2022 Report were signed certifications pursuant to the SOX signed by Defendants Robertson and Adkerson attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal controls over financial reporting, and the disclosure of all fraud.

118. The 3Q2022 Report contained the following Mine and Safety Disclosure:

> **The safety and health of all employees is our highest priority. Management believes that safety and health considerations are integral to, and compatible with, all other functions in the organization and that proper safety and health management will enhance production and reduce costs.** Our approach towards the safety and health of our workforce is to continuously improve performance through implementing robust management systems and providing adequate training, safety incentive and occupational health programs.

(emphasis added)

119. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to

detect the geometry of PB1C seismologically due to the soft rock conditions, the accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid draw rate at PB1C. These undisclosed and unaddressed threats to the health, safety and well-being of Freeport McMoran's employees rendered the foregoing statement misleading.

**G. <u>2022 Annual Report</u>**

120. On February 15, 2023, the Company filed with the SEC its Annual Report on Form 10-K for the year December 31, 2022 (the "2022 Annual Report"). Attached to the 2022 Annual Report were signed certifications pursuant to the SOX signed by Defendants Robertson and Adkerson attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal controls over financial reporting, and the disclosure of all fraud.

121. The 2022 Annual Report contained the following statement regarding Health and Safety:

> **Management believes that safety and health considerations are integral to, and compatible with, all other functions in the organization and that proper safety and health management will enhance production and reduce costs. As a result, we consider the safety and health of our workforce as one of our highest priorities.** We are subject to extensive regulation of worker health and safety, including the requirements of the U.S. Occupational Safety and Health Act and similar laws of other jurisdictions. In the U.S., the operation of our mines is subject to regulation by the U.S. Mine Safety and Health Administration (MSHA) under the Federal Mine Safety and Health Act of 1977 (Mine Act). MSHA inspects our mines on a regular basis and issues citations and orders when it believes a violation has occurred under the Mine Act. Additionally, in the U.S. various state agencies have concurrent jurisdiction arising under state law that regulate worker health and safety in both our industrial facilities and mines. If regulatory inspections result in an alleged violation, we may be

> subject to fines and penalties and, in instances of alleged significant violations, our mining operations or industrial facilities could be subject to temporary or extended closures.

(emphasis added)

122. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to detect the geometry of PB1C seismologically due to the soft rock conditions, the accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid draw rate at PB1C. These undisclosed and unaddressed threats to the health, safety and well-being of Freeport McMoran's employees rendered the foregoing statement misleading.

123. The 2022 Annual Report contained the following statement in the section titled Human Capital:

> **We are committed to promoting the health, safety and well-being of our workforce and striving to further strengthen our commitment to promoting an inclusive, diverse and agile workplace. We believe our global workforce is the foundation of our success.** Our Board of Directors (Board) oversees our policies and implementation programs that govern our approach to management of our human capital, with the Corporate Responsibility Committee (CRC) having oversight of health and safety matters and the Compensation Committee having oversight of other human capital matters, including those relating to workforce recruitment, retention and development, pay equity and inclusion and diversity.

(emphasis added)

124. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to

detect the geometry of PB1C seismologically due to the soft rock conditions, the accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid draw rate at PB1C. These undisclosed and unaddressed threats to the health, safety and well-being of Freeport McMoran's employees rendered the foregoing statement misleading.

125. The 2022 Annual Report also contained the following statement in the section titled Human Capital, subsection Health and Safety:

> **Our highest priority is the health, safety and well-being of our employees and contractors. We also aim to instill health and safety processes for our suppliers and the communities where we operate. We believe that health and safety considerations are integral to, and fundamental for, all other functions in our organization, and we understand that the health and safety of our workforce is critical to our operational efficiency and long-term success.** Our global health and safety approach, "Safe Production Matters," is focused on fatality prevention and continuous improvement through the use of robust management systems, empowering safe work behaviors and strengthening our safety culture.
>
> We focus on fatality prevention through the use of data and technology as well as behavioral science principles. Our framework for managing risks and compliance obligations is certified company wide in accordance with the ISO 45001 Health and Safety Management System (ISO 45001), most recently certified in January 2023. ISO 45001 requires third-party site-level verification of requirements, with a goal to prevent fatalities and reduce safety incidents.
>
> As part of our commitment to providing a safe and healthy workplace, we strive to provide the training, tools and resources needed so our workforce can identify risks and consistently apply effective controls. We share information and key learnings about potentially fatal events, near misses and best practices throughout the company and engage with industry peers outside the organization to continuously improve our health and safety performance. We also review and discuss all fatalities with the CRC and the full Board.

> Our objective is to achieve zero workplace fatalities and to decrease injuries and occupational illnesses. We measure our safety performance through regularly established benchmarks, including our company-wide Total Recordable Incident Rate (TRIR), which includes both employees and contractors. Regrettably, we had one work-related fatality in 2022 and two work-related fatalities in 2021. Additionally, three other fatalities occurred onsite in 2022; which, as of February 15, 2023, have not yet been classified by MSHA as independent medical episodes or work-related. We had 30 potential fatal events (PFE) in 2022 and 17 PFEs in 2021. Our TRIR per 200,000 man-hours worked was 0.77 in 2022 and 0.70 in 2021, which were higher than our 0.69 target for each year. The metal mining sector industry average per 200,000 man-hours worked reported by MSHA was 1.83 for 2022 (preliminary for the period of January 1, 2022, through September 30, 2022) and 1.71 in 2021.

126. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to detect the geometry of PB1C seismologically due to the soft rock conditions, the accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid draw rate at PB1C. These undisclosed and unaddressed threats to the health, safety and well-being of Freeport McMoran's employees rendered the foregoing statement misleading.

127. The 2022 Annual Report also contained the following Mine Safety Disclosure:

> **Our highest priority is the health, safety and well-being of our workforce. We believe that health and safety considerations are integral to, and fundamental for, all other functions in our organization, and we understand that the health and safety of our workforce is critical to our operational efficiency and long-term success.** Our global health and safety approach, "Safe Production Matters," is focused on fatality prevention and continuous improvement through the use of robust management systems, empowering safe work behaviors and strengthening our safety culture.

> Our objective is to achieve zero workplace fatalities and to decrease injuries and occupational illnesses. We measure progress toward achieving our objective against regularly established benchmarks, including measuring company-wide Total Recordable Incident Rates (TRIR). Our TRIR (including contractors) per 200,000 man-hours worked was 0.77 in 2022 and 0.70 in 2021. The metal mining sector industry average per 200,000 man-hours worked reported by the U.S. Mine Safety and Health Administration was 1.83 for 2022 (preliminary for the period of January 1, 2022, through September 30, 2022) and 1.71 in 2021.

128. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to detect the geometry of PB1C seismologically due to the soft rock conditions, the accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid draw rate at PB1C. These undisclosed and unaddressed threats to the health, safety and well-being of Freeport McMoran's employees rendered the foregoing statement misleading.

### H. 2022 Technical Report Summary

129. The 2022 Technical Report Summary was attached as Exhibit 96.2 to the 2022 Annual Report. The 2022 Technical Report Summary was signed by Issel, Edgar, and Seymour.

130. In Section 3.5, Comment on Factors and Risks Affecting Access, Title, and Ability to Perform Work, the 2022 Technical Report Summary stated, in pertinent part, that "to the extent known to the QPs, there are no significant encumbrances, factors, or risks that may affect the ability to perform work in support of the estimates of mineral reserves and mineral resources."

131. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to detect the geometry of PB1C seismologically due to the soft rock conditions, the accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid draw rate at PB1C.

132. In Section 13.1.2, Geomechanical and Hydrological Modeling, the 2022 Technical Report Summary stated:

> **The rock stability of the underground mines is monitored with a variety of geomechanical piezometer instrumentation and sensors**. The geomechanical instruments measure the movement in the rock and the measurements are used to monitor and manage any movement and stability concerns. **Typical instrumentation includes** time-domain reflectometry, open-hole camera monitoring, radar units, scanning units, **and seismic monitoring**. Groundwater is monitored to check flow and pressure to help manage any safety and stability concerns.

133. The foregoing statement was misleading for failing to disclose that because of the soft rock characteristics of the area above PB1C, seismic monitoring was ineffective to monitor the rock stability of the underground mine.

134. In Section 13.1.3, Final Mine Design, the 2022 Technical Report Summary stated:

> Using specialized computer software, mine designs are developed with key considerations that include:
>
> •Compliance with the geomechanical recommendations.
>
> •Implementation of geomechanical model data, including general geology, in-situ rock properties, structural data, and mass classification.

> **•Proper geometric dimensioning for underground structures, such as pillars, stopes, and openings.**
>
> •Access for entry and egress.
>
> •Underground roadways design.
>
> •Mechanization and efficiencies, such as matching equipment and fleets.
>
> •Ventilation requirements.
>
> •Dilution considerations.
>
> •Infrastructure and supplies.
>
> Mine designs are reviewed for compliance to key parameters and reasonableness with comparison to historical and current operating practices. Figure 13.1 is a three-dimensional perspective view of the Grasberg minerals district showing the layout and mineral reserve shapes of the mines.

135. The foregoing statement was misleading for failing to disclose that, due to the soft rock characteristics of the area above PB1C, proper geomechanical monitoring and geometric dimensioning of the Grasberg Block Cave mine was impossible.

**I. <u>2022 Sustainability Report</u>**

136. On April 21, 2023, Freeport announced the publication of its 2022 Annual Report on Sustainability (the "2022 Sustainability Report"). That report was published on Freeport's website.

137. The 2022 Sustainability Report stated, in a section titled Health and Safety, that:

> Safety is a core company value and is foundational to our sustainability approach. Our highest priority is the health, safety and well-being of our employees, contractors, suppliers and the communities where we operate. We believe that health and safety considerations are integral to, and fundamental for, our operational success and efficiency and ultimately to our ability to deliver long-term value to our stakeholders.

138. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to detect the geometry of PB1C seismologically due to the soft rock conditions, the accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid draw rate at PB1C. Having elected to speak about Freeport's sustainability policy and actions Defendants violated their duties to disclose these material facts so as to render Defendants' statements not misleading.

**J. 1Q2023 Quarterly Report**

139. On May 4, 2023, the Company filed with the SEC its Quarterly Report on Form 10-Q for the quarter March 31, 2023 (the "1Q2023 Report"). Attached to the 1Q2023 Report were signed certifications pursuant to the SOX signed by Defendants Robertson and Adkerson attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal controls over financial reporting, and the disclosure of all fraud.

140. The 1Q2023 Report contained the following Mine and Safety Disclosure:

> The safety and health of all employees is our highest priority. Management believes that safety and health considerations are integral to, and compatible with, all other functions in the organization and that proper safety and health management will enhance production and reduce costs. Our approach towards the safety and health of our workforce is to continuously improve performance through implementing robust management systems and providing adequate training, safety incentive and occupational health programs.

141. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to detect the geometry of PB1C seismologically due to the soft rock conditions, the accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid draw rate at PB1C. These undisclosed and unaddressed threats to the health, safety and well-being of Freeport McMoran's employees rendered the foregoing statement misleading.

**K. <u>2Q2023 Quarterly Report</u>**

142. On August 3, 2023, the Company filed with the SEC its Quarterly Report on Form 10-Q for the quarter ended June 30, 2023 (the "2Q2023 Report"). Attached to the 2Q2023 Report were signed certifications pursuant to the SOX signed by Defendants Robertson and Adkerson attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal controls over financial reporting, and the disclosure of all fraud.

143. The 2Q2023 Report contained the following Mine and Safety Disclosure:

> The safety and health of all employees is our highest priority. Management believes that safety and health considerations are integral to, and compatible with, all other functions in the organization and that proper safety and health management will enhance production and reduce costs. Our approach towards the safety and health of our workforce is to continuously improve performance through implementing robust management systems and providing adequate training, safety incentive and occupational health programs.

144. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to detect the geometry of PB1C seismologically due to the soft rock conditions, the accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid draw rate at PB1C. These undisclosed and unaddressed threats to the health, safety and well-being of Freeport McMoran's employees rendered the foregoing statement misleading.

**L. <u>3Q2023 Quarterly Report</u>**

145. On November 3, 2023, the Company filed with the SEC its Quarterly Report on Form 10-Q for the quarter ended September 30, 2023 (the "3Q2023 Report"). Attached to the 3Q2023 Report were signed certifications pursuant to the SOX signed by Defendants Robertson and Adkerson attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal controls over financial reporting, and the disclosure of all fraud.

146. The 3Q2023 Report contained the following Mine and Safety Disclosure:

> The safety and health of all employees is our highest priority. Management believes that safety and health considerations are integral to, and compatible with, all other functions in the organization and that proper safety and health management will enhance production and reduce costs. Our approach towards the safety and health of our workforce is to continuously improve performance through implementing robust management systems and providing adequate training, safety incentive and occupational health programs.

147. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to detect the geometry of PB1C seismologically due to the soft rock conditions, the accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid draw rate at PB1C. These undisclosed and unaddressed threats to the health, safety and well-being of Freeport McMoran's employees rendered the foregoing statement misleading.

**M. <u>2023 Annual Report</u>**

148. On February 16, 2024, the Company filed with the SEC its Annual Report on Form 10-K for the year ended December 31, 2023 (the "2023 Annual Report"). Attached to the 2023 Annual Report were signed certifications pursuant to the SOX signed by Defendants Robertson and Adkerson attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal controls over financial reporting, and the disclosure of all fraud.

149. The 2023 Annual Report contained the following statement regarding

> Health and Safety:
>
> **Our highest priority is the health, safety and well-being of our employees and contractors. We also work to promote our safety-first values with our suppliers and in the communities where we operate. We believe health and safety considerations are integral to, and fundamental for, all other functions in our organization, and we understand the health and safety of our workforce is critical to our operational efficiency and long-term success.** We are subject to extensive U.S. and international regulation of worker health and safety, including the requirements of the U.S. Occupational Safety and Health Act and similar

> laws of other jurisdictions. For example, in the U.S., the operation of our mines is subject to regulation by the U.S. Mine Safety and Health Administration (MSHA) under the Federal Mine Safety and Health Act of 1977 (Mine Act). MSHA inspects our mines on a regular basis and issues citations and orders when it believes a violation has occurred under the Mine Act. Additionally, in the U.S., various state agencies have concurrent jurisdiction arising under state law that regulate worker health and safety in both our industrial facilities and mines. If regulatory inspections result in an alleged violation, we may be subject to fines and penalties and, in instances of alleged significant violations, our mining operations or industrial facilities could be subject to temporary or extended closures.

150. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to detect the geometry of PB1C seismologically due to the soft rock conditions, the accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid draw rate at PB1C. These undisclosed and unaddressed threats to the health, safety and well-being of Freeport McMoran's employees rendered the foregoing statement misleading.

151. The 2023 Annual Report contained the following statement in the section titled Human Capital:

> **We are committed to promoting the health, safety and well-being of our workforce and striving to further strengthen our commitment to promoting an inclusive, diverse and agile workplace. We believe our global workforce is the foundation of our success.** Our Board of Directors (Board) oversees our policies and implementation programs that govern our approach to management of our human capital, with the Corporate Responsibility Committee (CRC) having oversight of health and safety matters and the Compensation Committee having oversight of other human capital matters, including those relating to workforce recruitment, retention and development, pay equity and inclusion and diversity.

152. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to detect the geometry of PB1C seismologically due to the soft rock conditions, the accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid draw rate at PB1C. These undisclosed and unaddressed threats to the health, safety and well-being of Freeport McMoran's employees rendered the foregoing statement misleading.

153. The 2023 Annual Report also contained the following statement in the section titled Human Capital, subsection Health and Safety:

> **Our highest priority is the health, safety and well-being of our employees and contractors. We also work to promote our safety-first values with our suppliers and in the communities where we operate. We believe health and safety considerations are integral to, and fundamental for, all other functions in our organization, and we understand the health and safety of our workforce is critical to our operational efficiency and long-term success.** Our global health and safety strategy, "Safe Production Matters," is focused on fatality prevention, eliminating systemic root causes of incidents and continuous improvement through robust management systems, which are supported by leaders empowering our teams to work safely. Foundational to our Safe Production Matters strategy is our Fatal Risk Management (FRM) program. The goal of our FRM program is to achieve zero workplace fatalities by raising awareness to fatal risks and the measures necessary to mitigate them.
>
> We further seek to prevent fatalities by leveraging technology to support safe work practices in the field and data analytics to identify opportunities for improvement. Our framework for managing risks and compliance obligations is certified company-wide in accordance with the ISO 45001 Health and Safety Management System (ISO 45001), most recently certified in January 2023. ISO 45001 requires third-party site-level verification of requirements, with an overall goal of preventing fatalities and reducing safety incidents.

> As part of our commitment to providing a healthy and safe workplace, we strive to provide the training, tools and resources needed so our workforce can identify risks and consistently apply effective controls. We share information and key learnings about potential fatal events (PFEs) and best practices throughout the company, and we engage with industry peers and professional organizations to learn and continuously improve our health and safety program. We also review and discuss all fatal incident investigations with the CRC and the Board.
>
> Our objective is to achieve zero workplace fatalities and to decrease injuries and occupational illnesses. We measure our safety performance through regularly established benchmarks, including the industry-established Total Recordable Incident Rate (TRIR), and our company-established PFEs, both of which include employees and contractors company-wide. Regrettably, we had one work-related fatality in each of 2023 and 2022. In addition, we had 46 PFEs in 2023 and 30 PFEs in 2022. Our TRIR per 200,000 man-hours worked was 0.60 in 2023 and 0.77 in 2022.

154. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to detect the geometry of PB1C seismologically due to the soft rock conditions, the accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid draw rate at PB1C. These undisclosed and unaddressed threats to the health, safety and well-being of Freeport McMoran's employees rendered the foregoing statement misleading.

155. The 2023 Annual Report also contained the following Mine Safety Disclosure:

> **Our highest priority is the health, safety and well-being of our workforce. We believe health and safety considerations are integral to, and fundamental for, all other functions in our organization, and we understand that the health and safety of our workforce is critical to our**

> **operational efficiency and long-term success.** Our global health and safety strategy, "Safe Production Matters," is focused on fatality prevention, eliminating systemic root causes of incidents and continuous improvement through robust management systems, which are supported by leaders empowering our teams to work safely. Foundational to our Safe Production Matters strategy is our Fatal Risk Management (FRM) program. The goal of our FRM program is to achieve zero workplace fatalities by raising awareness to fatal risks and the measures necessary to mitigate them.

156. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to detect the geometry of PB1C seismologically due to the soft rock conditions, the accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid draw rate at PB1C. These undisclosed and unaddressed threats to the health, safety and well-being of Freeport McMoran's employees rendered the foregoing statement misleading.

157. The 2022 Technical Report Summary was incorporated by reference into the 2023 Annual Report.

**N. <u>2023 Sustainability Report</u>**

158. On April 25, 2024, Freeport announced the publication of its 2023 Annual Report on Sustainability (the "2023 Sustainability Report"). That report was published on Freeport's website.

159. The 2023 Sustainability Report stated, in a section titled Health and Safety, that:

> Safety is a core company value and is foundational to our sustainability approach. Our highest priority is the health, safety and well-being of our

> employees, contractors, suppliers and the communities where we operate. We believe that health and safety considerations are integral to, and fundamental for, all other functions in our organization, and we understand the health and safety of our workforce is critical to our operational efficiency and long-term success.

160. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to detect the geometry of PB1C seismologically due to the soft rock conditions, the accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid draw rate at PB1C. Having elected to speak about Freeport's sustainability policy and actions Defendants violated their duties to disclose these material facts so as to render Defendants' statements not misleading.

**O. <u>1Q2024 Quarterly Report</u>**

161. On May 8, 2024, the Company filed with the SEC its Quarterly Report on Form 10-Q for the quarter ended March 31, 2024 (the "1Q2024 Report"). Attached to the 1Q2024 Report were signed certifications pursuant to the SOX signed by Defendants Robertson and Adkerson attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal controls over financial reporting, and the disclosure of all fraud.

162. The 1Q2024 Report contained the following Mine and Safety Disclosure:

> **Our highest priority is the health, safety and well-being of our workforce. We believe health and safety considerations are integral to, and fundamental for, all other functions in our organization, and we understand that the health and safety of our workforce is critical to our operational efficiency and long-term success.** Our global health and safety

> strategy, "Safe Production Matters," is focused on fatality prevention, eliminating systemic root causes of incidents and continuous improvement through robust management systems, which are supported by leaders empowering our teams to work safely. Foundational to our Safe Production Matters strategy is our Fatal Risk Management (FRM) program. The goal of our FRM program is to achieve zero workplace fatalities by raising awareness to fatal risks and the measures necessary to mitigate them.

163. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to detect the geometry of PB1C seismologically due to the soft rock conditions, the accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid draw rate at PB1C. These undisclosed and unaddressed threats to the health, safety and well-being of Freeport McMoran's employees rendered the foregoing statement misleading.

### P. <u>2Q2024 Quarterly Report</u>

164. On August 7, 2024, the Company filed with the SEC its Quarterly Report on Form 10-Q for the quarter ended June 30, 2024 (the "2Q2024 Report"). Attached to the 2Q2024 Report were signed certifications pursuant to the SOX signed by Defendants Robertson and Quirk attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal controls over financial reporting, and the disclosure of all fraud.

165. The 2Q2024 Report contained the following Mine and Safety Disclosure:

> **Our highest priority is the health, safety and well-being of our workforce. We believe health and safety considerations are integral to,**

> **and fundamental for, all other functions in our organization, and we understand that the health and safety of our workforce is critical to our operational efficiency and long-term success.** Our global health and safety strategy, "Safe Production Matters," is focused on fatality prevention, eliminating systemic root causes of incidents and continuous improvement through robust management systems, which are supported by leaders empowering our teams to work safely. Foundational to our Safe Production Matters strategy is our Fatal Risk Management (FRM) program. The goal of our FRM program is to achieve zero workplace fatalities by raising awareness to fatal risks and the measures necessary to mitigate them.

166. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to detect the geometry of PB1C seismologically due to the soft rock conditions, the accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid draw rate at PB1C. These undisclosed and unaddressed threats to the health, safety and well-being of Freeport McMoran's employees rendered the foregoing statement misleading.

**Q. <u>3Q2024 Quarterly Report</u>**

167. On November 8, 2024, the Company filed with the SEC its Quarterly Report on Form 10-Q for the quarter ended September 30, 2024 (the "3Q2024 Report"). Attached to the 3Q2024 Report were signed certifications pursuant to the SOX signed by Defendants Robertson and Quirk attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal controls over financial reporting, and the disclosure of all fraud.

168. The 3Q2024 Report contained the following Mine and Safety Disclosure:

> **Our highest priority is the health, safety and well-being of our workforce. We believe health and safety considerations are integral to, and fundamental for, all other functions in our organization, and we understand that the health and safety of our workforce is critical to our operational efficiency and long-term success.** Our global health and safety strategy, "Safe Production Matters," is focused on fatality prevention, eliminating systemic root causes of incidents and continuous improvement through robust management systems, which are supported by leaders empowering our teams to work safely. Foundational to our Safe Production Matters strategy is our Fatal Risk Management (FRM) program. The goal of our FRM program is to achieve zero workplace fatalities by raising awareness to fatal risks and the measures necessary to mitigate them.

169. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to detect the geometry of PB1C seismologically due to the soft rock conditions, the accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid draw rate at PB1C. These undisclosed and unaddressed threats to the health, safety and well-being of Freeport McMoran's employees rendered the foregoing statement misleading.

**R. <u>2024 Annual Report</u>**

170. On February 14, 2025, the Company filed with the SEC its Annual Report on Form 10-K for the year ended December 31, 2024 (the "2024 Annual Report"). Attached to the 2024 Annual Report were signed certifications pursuant to the SOX signed by Defendants Robertson and Quirk attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal controls over financial reporting, and the disclosure of all fraud.

171. The 2024 Annual Report contained the following statement regarding Health and Safety:

> **Our highest priority is the health, safety and well-being of our employees and contractors. We also work to promote our safety-first values with our suppliers and in the communities where we operate. We believe health and safety considerations are integral to, and fundamental for, all other functions in our organization, and we understand the health and safety of our workforce is critical to our operational efficiency and long-term success.** We are subject to extensive U.S. and international regulation of worker health and safety, including the requirements of the U.S. Occupational Safety and Health Act and similar laws of other jurisdictions. For example, in the U.S., the operation of our mines is subject to regulation by the U.S. Mine Safety and Health Administration (MSHA) under the Federal Mine Safety and Health Act of 1977 (Mine Act). MSHA inspects our mines on a regular basis and issues citations and orders when it believes a violation has occurred under the Mine Act. In 2024, MSHA enacted the Safety Program for Surface Mobile Equipment regulation and finalized a new regulation, which reduces permissible exposure limits of respirable crystalline silica effective April 2026. Our compliance with these or any other new health and safety regulations could increase our mining costs. If we were found to be in violation of these regulations we could face penalties or restrictions that may materially and adversely affect our operations.

172. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to detect the geometry of PB1C seismologically due to the soft rock conditions, the accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid draw rate at PB1C. These undisclosed and unaddressed threats to the health, safety and well-being of Freeport McMoran's employees rendered the foregoing statement misleading.

173. The 2024 Annual Report contained the following statement in the section titled Human Capital:

> **We are committed to promoting the health, safety and well-being of our workforce and striving to further strengthen our commitment to promoting an inclusive, diverse and agile workplace. We believe our global workforce is the foundation of our success.** Our Board of Directors (Board) oversees our policies and implementation programs that govern our approach to human capital management, with the Corporate Responsibility Committee (CRC) having oversight of health and safety matters and the Compensation Committee having oversight of other human capital matters, including those relating to workforce recruitment, retention and development, pay equity, and inclusion and diversity.

174. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to detect the geometry of PB1C seismologically due to the soft rock conditions, the accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid draw rate at PB1C. These undisclosed and unaddressed threats to the health, safety and well-being of Freeport McMoran's employees rendered the foregoing statement misleading.

175. The 2024 Annual Report also contained the following statement in the section titled Human Capital, subsection Health and Safety:

> **Our highest priority is the health, safety and well-being of our employees and contractors. We also work to promote our safety-first values with our suppliers and in the communities where we operate. We believe that health and safety considerations are integral to, and fundamental for, all other functions in our organization, and we understand the health and safety of our workforce is critical to our operational efficiency and long-term success.** Our global health and safety strategy, "Safe Production Matters," is focused on fatality prevention,

eliminating systemic root causes of incidents and continuous improvement through robust management systems, which are supported by leaders empowering our teams to work safely. Our culture of leading by example at all levels of the organization and our Safe Production Matters strategy underpin our Fatal Risk Management (FRM) program. The goal of our FRM program is to achieve zero workplace fatalities by strengthening preventative measures and raising awareness to fatal risks and the measures necessary to mitigate them.

We further seek to prevent fatalities and high-risk incidents by leveraging technology to support safe work practices in the field and data analytics to identify opportunities for improvement. Our framework for managing risks and compliance obligations is certified company-wide in accordance with the ISO 45001 Health and Safety Management System (ISO 45001), most recently certified in January 2023. ISO 45001 requires third-party site-level verification of requirements, with an overall goal of preventing fatalities and reducing safety incidents.

As part of our commitment to providing a healthy and safe workplace, we strive to provide the training, tools and resources needed so our workforce can identify risks and consistently apply effective controls. We share information and key learnings about potential fatal events (PFEs), high-risk incidents and best practices throughout the company, and we engage with industry peers and professional organizations to learn and continuously improve our health and safety program. Our corporate team communicates safety performance to executive management regularly, including reviews of high-risk, potential fatal and fatal incidents. The CRC provides input on the overall direction of our health and safety programs and reviews safety statistics, trends and incident investigation reports. In the event of a fatal incident, executive management and the Chair of the CRC are notified immediately, and we review and discuss all fatal incident investigations with the CRC and the Board.

Our objective is to achieve zero workplace fatalities and to decrease injuries and occupational illnesses. We measure our safety performance through regularly established benchmarks, including the industry-established Total Recordable Incident Rate (TRIR), and our company-established PFEs, both of which include employees and contractors company-wide. Regrettably, we had two work-related fatalities in 2024 and one work-related fatality in 2023. In addition, we had 30 PFEs in 2024 and 46 PFEs in 2023. Our TRIR per 200,000 man-hours worked was 0.52 in 2024 and 0.60 in 2023.

176. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to detect the geometry of PB1C seismologically due to the soft rock conditions, the accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid draw rate at PB1C. These undisclosed and unaddressed threats to the health, safety and well-being of Freeport McMoran's employees rendered the foregoing statement misleading.

177. The 2024 Annual Report also contained the following Mine Safety Disclosure:

> **Our highest priority is the health, safety and well-being of our workforce. We believe health and safety considerations are integral to, and fundamental for, all other functions in our organization, and we understand that the health and safety of our workforce is critical to our operational efficiency and long-term success.** Our global health and safety strategy, "Safe Production Matters," is focused on fatality prevention, eliminating systemic root causes of incidents and continuous improvement through robust management systems, which are supported by leaders empowering our teams to work safely. Foundational to our Safe Production Matters strategy is our Fatal Risk Management (FRM) program. The goal of our FRM program is to achieve zero workplace fatalities by raising awareness to fatal risks and the measures necessary to mitigate them.

178. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to detect the geometry of PB1C seismologically due to the soft rock conditions, the accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid

draw rate at PB1C. These undisclosed and unaddressed threats to the health, safety and well-being of Freeport McMoran's employees rendered the foregoing statement misleading. The 2022 Technical Report Summary was incorporated by reference into the 2023 Annual Report.

179. The 2022 Technical Report Summary was incorporated by reference into the 2024 Annual Report.

**S. <u>2024 Sustainability Report</u>**

180. On April 23, 2025, Freeport announced the publication of its 2024 Annual Report on Sustainability (the "2024 Sustainability Report"). That report was published on Freeport's website.

181. The 2024 Sustainability Report stated, in a section titled Health and Safety, that:

> Safety is a company value and is a foundation of doing business. Our highest priority is the health, safety and well-being of our workforce, suppliers and the communities where we operate. We believe that health and safety considerations are integral to, and fundamental for, all other functions in our organization, and we understand the health and safety of our workforce is critical to our operational efficiency and long-term success. Our Safety and Health Policy outlines our commitments, processes and management systems to meet our health and safety objectives.

182. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to detect the geometry of PB1C seismologically due to the soft rock conditions, the accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid

draw rate at PB1C. Having elected to speak about Freeport's sustainability policy and actions Defendants violated their duties to disclose these material facts so as to render Defendants' statements not misleading.

### T. <u>1Q2025 Quarterly Report</u>

183. On May 8, 2025, the Company filed with the SEC its Quarterly Report on Form 10-Q for the quarter ended March 31, 2025 (the "1Q2025 Report"). Attached to the 1Q2025 Report were signed certifications pursuant to the SOX signed by Defendants Robertson and Quirk attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal controls over financial reporting, and the disclosure of all fraud.

184. The 1Q2025 Report contained the following Mine and Safety Disclosure:

> **Our highest priority is the health, safety and well-being of our workforce. We believe health and safety considerations are integral to, and fundamental for, all other functions in our organization, and we understand that the health and safety of our workforce is critical to our operational efficiency and long-term success.** Our global health and safety strategy, "Safe Production Matters," is focused on fatality prevention, eliminating systemic root causes of incidents and continuous improvement through robust management systems, which are supported by leaders empowering our teams to work safely. Foundational to our Safe Production Matters strategy is our Fatal Risk Management (FRM) program. The goal of our FRM program is to achieve zero workplace fatalities by raising awareness to fatal risks and the measures necessary to mitigate them.

185. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to detect the geometry of PB1C seismologically due to the soft rock conditions, the

accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid draw rate at PB1C. These undisclosed and unaddressed threats to the health, safety and well-being of Freeport McMoran's employees rendered the foregoing statement misleading.

### U. 2Q2025 Quarterly Report

186. On August 8, 2025, the Company filed with the SEC its Quarterly Report on Form 10-Q for the quarter ended June 30, 2025 (the "2Q2025 Report"). Attached to the 2Q2025 Report were signed certifications pursuant to the SOX signed by Defendants Robertson and Quirk attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal controls over financial reporting, and the disclosure of all fraud.

187. The 2Q2025 Report contained the following Mine and Safety Disclosure:

> **Our highest priority is the health, safety and well-being of our workforce. We believe health and safety considerations are integral to, and fundamental for, all other functions in our organization, and we understand that the health and safety of our workforce is critical to our operational efficiency and long-term success.** Our global health and safety strategy, "Safe Production Matters," is focused on fatality prevention, eliminating systemic root causes of incidents and continuous improvement through robust management systems, which are supported by leaders empowering our teams to work safely. Foundational to our Safe Production Matters strategy is our Fatal Risk Management (FRM) program. The goal of our FRM program is to achieve zero workplace fatalities by strengthening preventive measures and raising awareness of fatal risks and the measures necessary to mitigate them.

188. The foregoing statement was misleading because, at the time that it was made, the Grasberg Block Cave had an undisclosed material risk of a mud rush, which was exacerbated by several factors including PB1C's geometry, Freeport's inability to

detect the geometry of PB1C seismologically due to the soft rock conditions, the accumulation of mud on the surface of the Grasberg Open Pit, and the uneven and rapid draw rate at PB1C. These undisclosed and unaddressed threats to the health, safety and well-being of Freeport McMoran's employees rendered the foregoing statement misleading.

## VI. THE TRUTH BEGINS TO EMERGE

189. On September 9, 2025, Freeport issued a press release entitled "Freeport Reports on PT Freeport Indonesia Operations." The release stated the following:

> [Freeport announces] that on [September 8] in Central Papua, Indonesia, a large flow of wet material from a production drawpoint occurred at one of five production blocks in the Grasberg Block Cave underground mine. The incident blocked access to certain areas within the mine, restricting evacuation routes for seven team members.
>
> The location of the workers is known, and they are believed to be safe. Crews are working to clear the area for a safe and expeditious evacuation. In parallel, activities are underway to provide support to the workers.
>
> At the Grasberg Block Cave operation, ore is mined using remotely operated equipment; however, the material flow from this event blocked access routes where the affected team members were engaged in mine development activities. All other personnel are confirmed safe.
>
> ***Mining operations in the Grasberg minerals district have been temporarily suspended to prioritize the safe evacuation of the seven contractor workers***.

190. On this news, the price of Freeport stock fell $2.77 per share, or 5.9%, to close at $43.89 on September 9, 2025.

191. However, because this statement significantly downplayed the seriousness of the mud rush, investors were not fully alerted to the truth. Moreover, it affirmatively misled investors by claiming that the shut down was due only to the need for rescue

operations, which are by nature of limited duration, rather than because the mine was inoperable due to the mud rush.

192. Then, on September 24, 2025, Freeport issued another press release discussing the same safety incident at Grasberg. It stated the following:

> Freeport [announces today] an update on the status of the previously reported mud rush incident at the Grasberg Block Cave mine (GBC) in Indonesia.
>
> On September 20, 2025, PT Freeport Indonesia (PTFI) located two team members who were regrettably fatally injured in the September 8th incident. The Freeport organization extends its deepest condolences to the families of these individuals.
>
> ***Extensive efforts are ongoing in the search for five PTFI team members who remain missing. Teams are working around the clock clearing mud and debris and are making steady progress to reach the areas where the remaining team members were working at the time of the incident. These efforts remain our highest priority.***
>
> * * *
>
> During the incident, a sudden rush of approximately 800,000 metric tons of wet material entered the mine and traveled rapidly to multiple mine levels, including the service level of the mine where the missing team members were conducting development activities.
>
> ***To prioritize the search, mining operations in the Grasberg minerals district have been temporarily suspended since September 8th, as previously reported***.
>
> PTFI has commenced an investigation to identify the cause of this incident, which is unprecedented in PTFI's multi-decade history of block cave mining operations. The investigation team includes external experts and will address root cause analysis and recommendations to safeguard against future occurrences. PTFI expects the investigation to be completed by year-end 2025.
>
> PTFI is working closely with Indonesian government authorities who are reviewing the incident and monitoring the search operations.

193. In the same press release, the Company gave investors guidance on the business impact of the tragic accident at Grasberg, stating the following about third quarter sales guidance:

> For the third quarter of 2025, FCX's consolidated sales are expected to be approximately 4% lower for copper and approximately 6% lower for gold than July 2025 estimates.

194. The same release stated the following about future production:

> The GBC ore body represents 50% of PTFI's estimated proven and probable reserves as of December 31, 2024, and approximately 70% of PTFI's previously forecast copper and gold production through 2029. The incident occurred in "PB1C", one of five production blocks in the GBC but resulted in damage to infrastructure required to support other production areas in the GBC.
>
> PTFI is evaluating the impact of the incident on future production plans. Production forecasts will be revised to incorporate scheduling of required repairs and a phased restart and ramp-up of production.
>
> Sufficient information is not currently available to forecast future production estimates. Preliminary assessments indicate that the impacts are likely to result in the deferral of significant production in the near-term (fourth quarter of 2025 and the year 2026) as repairs are completed and a phased restart and ramp-up of operations commences. A return to pre-incident operating rates could potentially be achieved in 2027.
>
> Currently, PTFI expects the unaffected Big Gossan and Deep MLZ mines could restart operations by mid-fourth quarter 2025, with a phased restart and ramp-up of the GBC mine beginning in the first half of 2026. As a result, PTFI fourth quarter 2025 sales of copper and gold would be insignificant (previously estimated sales of 445 million pounds of copper and 345,000 ounces of gold).
>
> In the first half of 2026, a phased restart and ramp-up of GBC could, initially commence in three production blocks - "PB2" and "PB3", followed by a third production block "PB1S" in the second half of 2026 and the balance of "PB1C" in 2027. This schedule would target the return to pre-incident estimates in 2027.
>
> Under this phased restart and ramp-up scenario, which is subject to a number of factors and could change, PTFI production in 2026 could potentially be

> approximately 35% lower than pre-incident estimates (previous production estimates for 2026 approximated 1.7 billion pounds of copper and 1.6 million ounces of gold).
>
> PTFI will seek to optimize production plans as further evaluations are completed. Capital projects will be reviewed and managed to prioritize resources necessary to support restoration of safe production.
>
> PTFI intends to seek recovery of damages under its property and business interruption insurance policies, which cover up to $1.0 billion in losses (subject to a limit of $0.7 billion on underground incidents), after a $0.5 billion deductible.
>
> As a result of the incident and impacts on operations, PTFI is notifying commercial counterparties of a force majeure in accordance with the provisions of its contracts.

195. On this news, the price of Freeport stock fell $7.69 per share, or 16.95%, to close at $37.67 on September 24, 2025.

196. On September 25, 2025, before the market opened, Bloomberg published an article entitled "Freeport Mine Setback Risks Fraying Relations With Indonesia." It stated, in pertinent part, the following:

> A halt in production at the giant Grasberg copper mine in Indonesia looks set to strain the fractious relationship between [Freeport] and its host nation, at a time when the Jakarta government was already looking to take greater control.
>
> Freeport declared force majeure on contracted supplies on Wednesday, two weeks after about 800,000 tons of mud flooded underground tunnels. Two workers were killed, while five more remain missing. The US-listed company slashed its production guidance, dragging its shares down 17% and pushing copper futures to the highest level in more than a year.
>
> Grasberg has long been a flashpoint as Jakarta tries to gain a greater say over its resources. The state controls 51% of the local entity – after a lengthy battle over ownership – but officials have sporadically continued to demand an increased share. That clamor may now intensify.

> The accident also comes at a challenging time for President Prabowo Subianto, who took office last year and has faced violent street protests, as well as a struggle to fund his costly plans for Southeast Asia's largest economy.
>
> * * *
>
> Prabowo's government has vowed to curb excesses in the mining sector, and both foreign and local operators have had to contend with higher royalty payments and crackdowns on permit infractions.

197. On this news, Freeport stock fell $2.33 per share, or 6.18%, to close at $35.34 on September 25, 2025.

198. On September 28, 2025, after the Class Period, Tempo (a news organization focusing on Indonesia), published an article entitled "Freeport Landslide was Preventable, Not Just a Natural Disaster, Says Expert."

199. The article stated the following:

> A professor from the Faculty of Public Health at the University of Indonesia (UI), Fatma Lestari, asserted that the recent landslide at the Freeport Indonesia mine was not merely a natural disaster. ***She explained that the landslide, often termed a mud rush, is a known flow of mud and rocks from the mine cavity, a risk long associated with certain mining methods.***

200. The article quoted the professor as saying "[***i]n other words, this danger is not new and should have been anticipated from the beginning***[.]"

201. On November 18, 2025 Freeport provided an update for restart plans for the Grasberg Minerals District:

> Freeport (NYSE: FCX) announced today plans to restore large-scale production from PT Freeport Indonesia's (PTFI) Grasberg operations in Central Papua, Indonesia.
>
> As previously reported, PTFI commenced production from the unaffected Deep Mill Level Zone and Big Gossan underground mines in late October 2025.

> Remediation activities are being advanced to prepare for a phased restart and ramp-up of the Grasberg Block Cave underground mine beginning in second-quarter 2026.
>
> Kathleen Quirk, President and Chief Executive Officer, said, "Our team is committed to restoring large-scale, low-cost production at Grasberg in a safe, efficient and responsible manner. We have incorporated the learnings from the recent tragic incident into our future plans and are implementing several initiatives to address the conditions that led to the incident. We will continue to prioritize safety above all else as we restore operations and work to provide benefits to our many stakeholders."
>
> Under the phased restart and ramp-up plans, FCX expects PTFI's production of copper and gold from the Grasberg minerals district in 2026 to be similar to estimated 2025 volumes, approximating 1.0 billion pounds of copper and 0.9 million ounces of gold. FCX expects PTFI's production will increase throughout 2026 and 2027 with average annual production of approximately 1.6 billion pounds of copper and 1.3 million ounces of gold for the three-year period 2027-2029.

202. Freeport provided a further update in its Fourth Quarter and Year End 2025 earnings release on January 22, 2026:

> <u>Grasberg Minerals District Phased Restart</u>. Following the external mud rush incident on September 8, 2025, PTFI has been engaged in activities to address the incident and advance preparation for a safe and sustainable restart of operations.
>
> In late October 2025, PTFI restarted operations at the unaffected DMLZ and Big Gossan underground mines. Investigations and remedial plans were completed in fourth-quarter 2025 and a phased restart and ramp-up of the Grasberg Block Cave underground mine is anticipated to begin in second-quarter 2026.
>
> The plan includes a restart of Production Blocks 2 and 3 in second-quarter 2026 and the potential restart of operations in Production Block 1 during 2027. Based on current estimates, PTFI expects approximately 85% of its total production at normal operating rates to be restored in the second half of 2026. Key milestones required for initiating production in Production Blocks 2 and 3, including mud removal in mine workings, repairs of supporting infrastructure and installation of protective barriers, are progressing on schedule.

203. On April 23, 2026 Freeport announced a delay in the resumption of production in the Grasberg Block Cave, stating that "PTFI's overall production rates, which were previously forecast to approximate 85% of capacity in the second half of 2026 and reach 100% of capacity by the end of 2027 are now expected to approximate 65% in the second half of 2026, 80% by mid-2027 and approach full capacity by the end of 2027."

204. On May 7, 2026, PTFI President Tony Wenas admitted to even further delays. "At present, PTFI's operations remain in the recovery phase following the incident at the Grasberg Block Cave (GBC) underground mine, with production levels currently reaching only around 40 to 50 percent. The company is targeting a return to full operational capacity by early 2028".

205. As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's common shares, Plaintiff and other Class members have suffered significant losses and damages.

## VII. Additional Allegations In Support of Scienter

### A. Defendant Adkerson's Scienter

206. Further supporting Adkerson's scienter is the importance of the Grasberg Block Cave mine to Freeport McMoRan's operations. As set forth more fully in Section IV.C above, for the life of the company the Grasberg mine provided reliable, low cost copper and gold production generating more than 80% of Freeport's 2024 operating income that was central to funding Freeport's mining operations and to Freeport's ability to present itself as a safe and stable investment. The ending of the Freeport Open Pit mine

was a major threat to Freeport's operations and the opening of the Block Cave was central to Freeport's continuation of its longstanding strategy.

207. Further supporting Adkerson's scienter is his deep personal knowledge and involvement with the Grasberg mining district and the Grasberg Block Cave in particular. As he noted on a September 21, 2021 call, his first visit to Grasberg was in 1988 and he "watched this whole thing develop, knowing this conversion to underground whats coming." On a February 28, 2022 call he stated that he first went out to Grasberg in 1988 and took a picture of the exploration, and took a picture of the pit "at the end of every year", including in the most recent year, stating that "my picture this year shows this big wide section of the mine where the material is going down in the block cave.

**B. <u>Defendant Quirk's Scienter</u>**

208. Further supporting Quirk's scienter is the importance of the Grasberg Block Cave mine to Freeport McMoRan's operations. As set forth more fully in Section IV.C above, for the life of the company the Grasberg mine provided reliable, low cost copper and gold production generating more than 80% of Freeport's 2024 operating income that was central to funding Freeport's mining operations and to Freeport's ability to present itself as a safe and stable investment. The ending of the Freeport Open Pit mine was a major threat to Freeport's operations and the opening of the Block Cave was central to Freeport's continuation of its longstanding strategy. Defendant Robertson's Scienter

209. Further supporting Robertson's scienter is the importance of the Grasberg Block Cave mine to Freeport McMoRan's operations. As set forth more fully in Section IV.C above, for the life of the company the Grasberg mine provided reliable, low cost

copper and gold production generating more than 80% of Freeport's 2024 operating income that was central to funding Freeport's mining operations and to Freeport's ability to present itself as a safe and stable investment. The ending of the Freeport Open Pit mine was a major threat to Freeport's operations and the opening of the Block Cave was central to Freeport's continuation of its longstanding strategy.

**C. Defendant Issel's Scienter**

210. Issel's preparation of a Technical Report Summary supports a strong inference of scienter because it provided him with access to the precise information that showed the falsity of his statements, including geotechnical data, rock hardness information, mud accumulati on, water management plans, and plans for draw rates.

211. Further supporting Issel's scienter is his knowledge of the precise best practices that Freeport ignored in operating the Grasberg Block Cave Mine, including Freeport's failure to understand the cave geometry of PB1C, failure to clear mud from the surface of the Grasberg Open Pit, and failure to ensure an even draw rate from the draw points in PB1C.

212. Further supporting a strong inference of scienter is Defendant Issel's role in the development of the Grasberg Minerals District. As set forth more fully above in Section II, Defendant Issel visited the Grasberg site regularly and was closely involved in the development of mining at Grasberg.

**D. Defendant Casten's Scienter**

213. Casten's preparation of a Technical Report Summary supports a strong inference of scienter because it provided him with access to the precise information that

showed the falsity of his statements, including geotechnical data, rock hardness information, mud accumulation, water management plans, and plans for draw rates.

214. Further supporting Casten's scienter is his knowledge of the precise best practices that Freeport ignored in operating the Grasberg Block Cave Mine, including Freeport's failure to understand the cave geometry of PB1C, failure to clear mud from the surface of the Grasberg Open Pit, and failure to ensure an even draw rate from the draw points in PB1C. In particular, Casten's co-authorship of the SME Handbook on block cave mining, which outlined the necessity of the foregoing measures, demonstrates his knowledge that the Technical Report Summaries failed to disclose adverse material facts about the safety of the Grasberg Block Cave and its vulnerability to catastrophic mud rushes.

215. Further supporting a strong inference of scienter is Defendant Casten's role in the development of the Grasberg Minerals District. As set forth more fully above in Section II, Defendant Casten visited the Grasberg site regularly and was closely involved in the development of mining at Grasberg.

**E. <u>Defendant Partanen's Scienter</u>**

216. Partanen's preparation of a Technical Report Summary supports a strong inference of scienter because it provided him with access to the precise information that showed the falsity of his statements, including geotechnical data, rock hardness information, mud accumulation, water management plans, and plans for draw rates.

217. Further supporting Partanen's scienter is his knowledge of the precise best practices that Freeport ignored in operating the Grasberg Block Cave Mine, including

Freeport's failure to understand the cave geometry of PB1C, failure to clear mud from the surface of the Grasberg Open Pit, and failure to ensure an even draw rate from the draw points in PB1C.

218. Further supporting a strong inference of scienter is Defendant Partanen's role in the development of the Grasberg Minerals District. As set forth more fully above in Section II, Defendant Partanen visited the Grasberg site regularly and was closely involved in the development of mining at Grasberg.

**F. Defendant Edgar's Scienter**

219. Edgar's preparation of a Technical Report Summary supports a strong inference of scienter because it provided him with access to the precise information that showed the falsity of his statements, including geotechnical data, rock hardness information, mud accumulation, water management plans, and plans for draw rates.

220. Further supporting Edgar's scienter is his knowledge of the precise best practices that Freeport ignored in operating the Grasberg Block Cave Mine, including Freeport's failure to understand the cave geometry of PB1C, failure to clear mud from the surface of the Grasberg Open Pit, and failure to ensure an even draw rate from the draw points in PB1C.

221. Further supporting a strong inference of scienter is Defendant Edgar's role in the development of the Grasberg Minerals District. As set forth more fully above in Section II, Defendant Edgar visited the Grasberg site regularly and was closely involved in the development of mining at Grasberg.

**G. Defendant Seymour's Scienter**

222. Seymour's preparation of a Technical Report Summary supports a strong inference of scienter because it provided him with access to the precise information that showed the falsity of his statements, including geotechnical data, rock hardness information, mud accumulation, water management plans, and plans for draw rates.

223. Further supporting Seymour's scienter is his knowledge of the precise best practices that Freeport ignored in operating the Grasberg Block Cave Mine, including Freeport's failure to understand the cave geometry of PB1C, failure to clear mud from the surface of the Grasberg Open Pit, and failure to ensure an even draw rate from the draw points in PB1C.

224. Further supporting a strong inference of scienter is Defendant Seymour's role in the development of the Grasberg Minerals District. As set forth more fully above in Section II, Defendant Seymour visited the Grasberg site regularly and was closely involved in the development of mining at Grasberg.

## VIII. PLAINTIFF'S CLASS ACTION ALLEGATIONS

225. Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class consisting of all persons other than defendants who purchased the Company's common stock during the Class Period, and who were damaged thereby. Excluded from the Class are Defendants, the officers and directors of the Company, members of the Individual Defendants' immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest. Plaintiff seeks to recover compensable

damages caused by Defendants' violations of the federal securities laws under the Securities Exchange Act of 1934 (the "Exchange Act").

226. The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, the Company's securities were actively traded on NYSE. While the exact number of Class members is unknown to Plaintiff at this time and can be ascertained only through appropriate discovery, Plaintiff believes that there are hundreds, if not thousands of members in the proposed Class.

227. Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

228. Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation. Plaintiff has no interests antagonistic to or in conflict with those of the Class.

229. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

- whether the Exchange Act was violated by Defendants' acts as alleged herein;
- whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the business and financial condition of the Company;

- whether Defendants' public statements to the investing public during the Class Period omitted material facts necessary to make the statements made, in light of the circumstances under which they were made, not misleading;
- whether the Defendants caused the Company to issue false and misleading filings during the Class Period;
- whether Defendants acted knowingly or recklessly in issuing false filings;
- whether the prices of the Company securities during the Class Period were artificially inflated because of the Defendants' conduct complained of herein; and
- whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

230. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

231. Plaintiff will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

- the Company's shares met the requirements for listing, and were listed and actively traded on NYSE, an efficient market;
- as a public issuer, the Company filed periodic public reports;

- the Company regularly communicated with public investors via established market communication mechanisms, including through the regular dissemination of press releases via major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services;
- the Company's securities were liquid and traded with moderate to heavy volume during the Class Period, with an average of more than 14 million shares traded daily during the class period; and
- the Company was followed by 55 securities analysts employed by major brokerage firms who wrote reports that were widely distributed and publicly available.

232. Based on the foregoing, the market for the Company's securities promptly digested current information regarding the Company from all publicly available sources and reflected such information in the prices of the shares, and Plaintiff and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

233. Alternatively, Plaintiff and the members of the Class are entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of the State of Utah v. United States*, 406 U.S. 128 (1972), as Defendants omitted material information in their Class Period statements in violation of a duty to disclose such information as detailed above.

**COUNT I**

**For Violations of Section 10(b) And Rule 10b-5 Promulgated Thereunder Against All Defendants**

234. Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

235. This Count is asserted against all Defendants based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

236. During the Class Period, Defendants, individually and in concert, directly or indirectly, disseminated or approved the false statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

237. Defendants violated §10(b) of the 1934 Act and Rule 10b-5 in that they:

- employed devices, schemes and artifices to defraud;
- made untrue statements of material facts or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or
- engaged in acts, practices and a course of business that operated as a fraud or deceit upon plaintiff and others similarly situated in connection with their purchases of the Company's securities during the Class Period.

238. Defendants acted with scienter in that they knew that the public documents and statements issued or disseminated in the name of the Company were materially false and misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated, or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the securities laws. These defendants by virtue of their receipt of information reflecting the true facts of the Company, their control over, and/or receipt and/or modification of the Company's allegedly materially misleading statements, and/or their associations with the Company which made them privy to confidential proprietary information concerning the Company, participated in the fraudulent scheme alleged herein.

239. Individual Defendants, who are the senior officers of the Company, had actual knowledge of the material omissions and/or the falsity of the material statements set forth above, and intended to deceive Plaintiff and the other members of the Class, or, in the alternative, acted with reckless disregard for the truth when they failed to ascertain and disclose the true facts in the statements made by them or any other of the Company's personnel to members of the investing public, including Plaintiff and the Class.

240. As a result of the foregoing, the market price of the Company's securities was artificially inflated during the Class Period. In ignorance of the falsity of Defendants' statements, Plaintiff and the other members of the Class relied on the statements described above and/or the integrity of the market price of the Company's securities during the Class Period in purchasing the Company's securities at prices that were artificially inflated as a result of Defendants' false and misleading statements.

241. Had Plaintiff and the other members of the Class been aware that the market price of the Company's securities had been artificially and falsely inflated by Defendants' misleading statements and by the material adverse information which Defendants did not disclose, they would not have purchased the Company's securities at the artificially inflated prices that they did, or at all.

242. As a result of the wrongful conduct alleged herein, Plaintiff and other members of the Class have suffered damages in an amount to be established at trial.

243. By reason of the foregoing, Defendants have violated Section 10(b) of the 1934 Act and Rule 10b-5 promulgated thereunder and are liable to the plaintiff and the other members of the Class for substantial damages which they suffered in connection with their purchase of the Company's securities during the Class Period.

## COUNT II

## For Violations of Section 20(a) of the Exchange Act Against the Officer Defendants

244. Plaintiff repeats and realleges each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

245. During the Class Period, the Officer Defendants participated in the operation and management of the Company, and conducted and participated, directly and indirectly, in the conduct of the Company's business affairs. Because of their senior positions, they knew the adverse non-public information about the Company's business practices.

246. As officers of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to the Company's financial condition and results of operations, and to correct promptly any public statements issued by the Company which had become materially false or misleading.

247. Because of their positions of control and authority as senior officers, the Officer Defendants were able to, and did, control the contents of the various reports, press releases and public filings which the Company disseminated in the marketplace during the Class Period concerning the Company's results of operations. Throughout the Class Period, the Individual Defendants exercised their power and authority to cause the Company to engage in the wrongful acts complained of herein. The Officer Defendants therefore, were "controlling persons" of the Company within the meaning of Section 20(a) of the Exchange Act. In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of the Company's securities.

248. By reason of the above conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by the Company.

## IX. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, on behalf of itself and the Class, prays for judgment and relief as follows:

(a) declaring this action to be a proper class action, designating Plaintiff as Lead Plaintiff and certifying Plaintiff as a class representative under Rule 23 of the Federal Rules of Civil Procedure and designating Plaintiff's counsel as Lead Counsel;

(b) awarding damages in favor of Plaintiff and the other Class members against all Defendants, jointly and severally, together with interest thereon;

(c) awarding Plaintiff and the Class reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d) awarding Plaintiff and other members of the Class such other and further relief as the Court may deem just and proper.

## X. JURY TRIAL DEMANDED

Plaintiff hereby demands a trial by jury.

Dated: May 18, 2026

**THE ROSEN LAW FIRM, P.A.**
/s/ Jonathan Stern
Jonathan Stern (*admitted pro hac vice*)
Phillip Kim (*admitted pro hac vice*)
Laurence M. Rosen (*admitted pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Email: jstern@rosenlegal.com
philkim@rosenlegal.com
lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff*

**MARTIN & BONNETT P.L.L.C.**
Susan Martin
Jennifer Kroll
4647 N. 32nd Street, Suite 185
Phoenix, Arizona 85018
Phone: 602-240-6900
Fax: 602-240-2345
Email: smartin@martinbonnett.com
jkroll@martinbonnett.com

*Liaison Counsel for Plaintiff*